# EXHIBIT 1

## FILED UNDER SEAL



# Transcript of Suzanne Dominick

**Date:** December 4, 2024
**Case:** Crowder, et al. -v- The Shade Store, LLC

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
**www.planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


SHARON CROWDER, INDIVIDUALLY AND )
ON BEHALF OF ALL OTHERS SIMILARLY )
SITUATED,                         )
                                  )
                    PLAINTIFF,    )   CASE NO.
                                  )   5:23-CV-02331-NC
     V.                           )
                                  )
THE SHADE STORE, LLC,             )
                                  )
                    DEFENDANT.    )
_____)



REMOTE VIDEOTAPED DEPOSITION

SUZANNE DOMINICK

WEDNESDAY, DECEMBER 4, 2024

LOS ANGELES, CALIFORNIA












PAGES 1 - 193

REPORTED BY MICHAEL CAGLIATA

CSR #14491, RPR

Videoconference Deposition of

SUZANNE DOMINICK, held remotely:

Witness Location:

(NOT STATED ON THE RECORD.)

Pursuant to Notice, before Michael Cagliata, Registered Professional Reporter, and Certified Shorthand Reporter No. 14491 in and for the State of California.

                    A P P E A R A N C E S


For the Plaintiff:

          DOVEL & LUNER, LLP

          BY: SIMON FRANZINI, ESQ.

          201 SANTA MONICA BOULEVARD, SUITE 600

          SANTA MONICA, CALIFORNIA 90401

          310-656-7066


For the Defendant:

          LATHAM & WATKINS

          BY: SHLOMO FELLIG, ESQ.

          200 CLARENDON STREET

          BOSTON, MASSACHUSETTS 02116

          617-948-6000

I N D E X

WITNESS NAME                                    PAGE

SUZANNE DOMINICK, SWORN

    EXAMINATION BY MR. FRANZINI              6

    EXAMINATION BY MR. FELLIG              183

    EXAMINATION BY MR. FRANZINI            188

E X H I B I T   I N D E X

EXHIBIT NUMBER                                           PAGE

24     SCREENSHOT                                        27

25     SCREENSHOT                                        41

26     SCREENSHOT                                        47

27     SCREENSHOT                                        53

28     FINAL QUOTE                                       61

29     PRICE QUOTE WITH PRIVATE DISCOUNT                 76

30     PRICE QUOTE WITH TRADE DISCOUNT                   79

32A    E-MAIL                                            117

32B    E-MAIL                                            117

32C    E-MAIL                                            117

32D    E-MAIL                                            117

34     TRADE TRANSACTIONAL DATA                          154

38     THIRD PARTY TRANSACTIONAL DATA                    166

39     RETURNS AND REFUNDS                               174

40     RETURNS REPORT                                    178

P R O C E E D I N G S

* * * *

(Oath given.)

EXAMINATION BY MR. FRANZINI

Q.   Good morning, ma'am.

A.   Good morning.

Q.   What is your name?

A.   Suzanne Dominick.

Q.   Where do you work?

A.   I work at The Shade Store.

Q.   What's your job at The Shade Store?

A.   I'm the chief revenue officer.

Q.   And what does that mean?

A.   I'm responsible for all customer facing functions, which would include our sales team, our measured install professionals, our customer care team, and our wholesale division.

Q.   Are you responsible for sales at The Shade Store?

A.   I am.

Q.   Are you also responsible for marketing at The Shade Store?

MR. FELLIG:  Objection to form.  Vague and ambiguous.

THE WITNESS:  I am not responsible directly

for marketing, but we partner on sales initiatives.

Q.    Who is directly responsible for marketing?

MR. FELLIG:  Object to form.

THE WITNESS:  Currently it is an open position.  We have a couple of marketing senior professionals, but reporting into our chief executive officer.

Q.    Were you selected to speak on behalf of The Shade Store today at this deposition?

A.    I was selected to speak on behalf of TSS.

Q.    And TSS is The Shade Store?

A.    I was going to say, it's our abbreviation for the full name.

Q.    Is that what you would typically call it?

A.    Internally that's what we call it.  Yes.

Q.    Let's see.  Did you prepare for this deposition today?

A.    I did prepare for this deposition today.

Q.    What did you do to prepare?

A.    I worked with internal colleagues and with our external counsel to prepare for -- both prepare understanding for the company as well as understanding for what the lawsuit was brought to TSS on.

Q.    You mentioned that you worked with internal

Q.   Did you review any documents to prepare for today?

A.   I read several documents and lots of Excel documents as well.

Q.   Do you feel like you had -- withdrawn. When I say withdrawn, I'll point out that I didn't do a good job of formulating the question and I don't want the transcript to have my jumbled initial things.  Ignore anything before the withdrawn.

Did you feel like you had a chance to collect all the information you needed to prepare for today?

A.   I did feel like I had all the information needed.

Q.   And were you given access to any records you felt you needed to prepare for today?

A.   Yes, I had full access to all records.

Q.   What does The Shade Store do?

MR. FELLIG:  Object to form.

THE WITNESS:  The Shade Store is a manufacturer and seller of window treatments.  Custom window treatments.  So every window is unique and we create solutions for customers.  So direct consumer customers as well as trade partners who are working with their end consumer.

Q.   When you say "window treatments", you mean things like blinds and shades?

A.   Blinds, shades.  Yup.  Exactly.  Blinds, shades, Roman shades, decorative hardware, balances, motors.  Yeah.

Q.   Does The Shade Store manufacture all of the window treatments it sells?

A.   Yes.  The Shade Store manufactures all of our window treatments in-house within our manufacturing footprint.

Q.   Does The Shade Store have any -- withdrawn. Does The Shade Store sell any products that are manufactured by third parties?

A.   The Shade Store does not sell any products that is manufactured by third parties.  We use components from vendors, but we manufacture all of our own finished goods internally.

Q.   Does The Shade Store have any competitors?

A.   The Shade Store has lots of competitors.

Q.   What sets The Shade Store apart from their competitors?

A.   The Shade Store's expertise in the industry, both from a design as well as install is really the differentiator of our products.  So it's the ability for us to understand windows and be an

A.    We do sell directly to consumers.

Q.    What are the ways that The Shade Store sells its products directly to consumers?

A.    You can engage the design consultant in one of our showrooms.  You can engage the design consultants via chat or phone.  You can engage with us online by requesting, kind of, a service, and are put in touch with a design consultant, or you can purchase yourself directly online.

Q.    Is one of the ways that consumers can buy directly from The Shade Store to purchase online through The Shade Store's Web store?

A.    It is one of the ways you can buy shade store products.

Q.    So the second way is through a design consultant?

A.    Yes.  The design consultant is the majority of where our business is sold through.

Q.    And customers can connect with design consultants through a variety of ways?

A.    We are very -- the design consultants engaging with a customer is a critical part of our sales process.  So even when you are on the website purchasing directly yourself, we often prompt and suggest you talk to a design consultant to ensure

customer satisfaction and that you are solutioning and buying the product properly knowing that it's such a custom product that you're buying.  Whether it's online or through a design consultant directly, recommend consulting our design consultant's expertise.

Q.   To buy a product from The Shade Store, does a consumer have to either purchase it themselves through the Web store or go through a design consultant?

A.   Those would be two ways that you could buy a product from The Shade Store.  You can also buy a product from The Shade Store that's manufactured through The Shade Store, through partnerships like Restoration Hardware.  That's the only way it would -- that you would be buying a shade store product.

Q.   Okay.  Yeah.  Thank you.  I forgot to add that caveat to my question.  I'm going to try again.  Withdrawn.  To buy a product directly from The Shade Store, does the consumer have to either go through the Web store or through a design consultant?

A.   Yes.  That would be the two ways you can purchase through The Shade Store.

Q.   There's no other direct consumer sales apart from those two channels?

A.    There are no other channels to purchase through.

Q.    You mentioned that the majority of The Shade Store's sales go through design consultants?

A.    The majority of The Shade Store sales, yes, go through engaging with a design consultant.

Q.    What are all the ways that a consumer can be put in touch with a design consultant?

A.    The consumer can be put in touch several ways.  I think one can be walking by and going into a showroom, it can be through digital.  They have searched for window treatments or The Shade Store specifically and are prompted on our website to set up a -- measure and set up an in-home consultation, set up a showroom appointment.  They can do it through our chat, which is on our website.  They can call the 1-800 number or they can call the showroom number if they want to stay local.

That, I think, is how -- and through e-mail.  E-mail as well, to engage with a design consultant.

Q.    So are the ways that consumers can be connected with design consultants through the website, through a showroom, by calling, or by e-mail?

A.   As well as through chat, it could also be on the website.  So yes.

Q.   Are design consultants employees of The Shade Store?

A.   All of our design consultants are direct employees of The Shade Store.

Q.   You also mentioned that consumers can buy Shade Store products through partners such as restoration hardware?

A.   Yes.  We are the manufacturing partner for restoration hardware and also do all of their measure and installs for their customers.

Q.   So you mentioned a manufacturing partner.  Withdrawn.  Does Restoration Hardware sell the same products as The Shade Store?

A.   Restoration Hardware sells slightly different fabrics, but the same products.

Q.   Is there any overlap between the fabrics sold directly from the Shade Store and the ones sold by Restoration Hardware?

A.   There is no overlap there, specific fabrics for Restoration Hardware.

Q.   Does The Shade Store have any other partners apart from Restoration Hardware?

A.   Not from the full customer -- not from a

before that consumers can buy from The Shade Store

directly through the Web store or they can buy

through a design consultant; is that right?

A.   That is correct.

Q.   When a promotion is running on The Shade

Store website, consumers who buy directly from The

Shade Store's website, those consumers get the

discount that's advertised; right?

A.   The discount will automatically be applied

at check out.

Q.   Would consumers who buy through a trade --

withdrawn.  Would consumers who buy through a design

consultant during that same time period also get the

discount that's advertised on the website?

A.   Consumers who are engaging with design

consultants during that time may get that discount or

other discounts depending upon what their engagement

with the design consultant is.  We typically see,

whether it's a site wide discount or specific promos,

dollars off, install discounts to help the customer

get to the bottom line pricing that they are

targeting and have a budget for.

Q.   You mentioned the site wide discount.

What's a site wide discount?

A.   The site wide discount here would be the

20 percent off all orders.

Q.    Is a site wide discount a discount that applies to any orders on the website?

A.    The site wide discount is on any orders, whether it's on the website or in the showroom.  It doesn't delineate between the two channels.

Q.    So if a site wide discount is running -- withdrawn.  If a site wide discount is advertised on The Shade Store's website does that mean that anybody who buys a product from The Shade Store during that time can benefit from that discount?

MR. FELLIG:  Object to form.

THE WITNESS:  All customers who engage with the website or a design consultant during that time would be eligible for at least the -- the discount that's displayed on the website.  But frequently they're going to have different conversations about potentially different ways of discounting that achieves the bottom line for that customer or that client, and is working towards producing a quote that's -- that achieves that budget.

Q.    Thanks.  Have you had your deposition taken before?

A.    I have not had my deposition taken before.

Q.    Okay.  So once in a while I will -- after

you give a long answer break it down.  I'm not trying to waste your time.  I'm trying to get a clean transcript.  Apologies in advance for what I'm about to do.  Withdrawn.

So if a site wide discount is being advertised on The Shade Store's website, consumers who buy from The Shade Store Web store will automatically get that discount; right?

A.   That will automatically -- the discount on the website would automatically be applied to a customer that is checking out directly on the website.

Q.   If a customer makes a purchase from The Shade Store through a design consultant while a site wide discount is being advertised, will that consumer be eligible for at least the discount that's being advertised on the website?

A.   Yes.  All customers engaging with The Shade Store during that time, whether on the website or through a design consultant, would be eligible for the discount being displayed on the website.

Q.   And consumers who work with a design consultant, those consumers might also get an additional discount?

MR. FELLIG:  Object to form.  Misstates

A.   If they have added all the products accurately and correctly with all of the information needed to be saved to a cart, yes.  All products will be shown in the shopping cart.

Q.   For each product, will the shopping cart display the list price for their product as configured?

A.   All products will show the list price and the sale price for what was configured.

Q.   I'm going to break that down.  Withdrawn. Will the cart show the list price for the products as configured?

A.   The cart will show the list price.

Q.   If there is a promotion that applies to the product in the cart, will it also mention that promotion?

A.   If there is a promotion running that applies to -- it will apply to whatever product it's applicable to and will reference that and display that in the check out cart.

Q.   So in the cart, will it mention the name of the sale?  For example, a 15 percent off sale.

A.   It will include the name of the promotion as well as the end date, if there is one.

Q.   Will it also include the list price in

strike-through font?

A.    If it's eligible for the promotion, it will show the list price as well as the strike-through to the discounted price.

Q.    So it will show the list in strike-through font and also the discount price?

A.    Yes.  That is how it will display in the quote.

Q.    Has that been the case from November 2018 to the present?

A.    That has been the case since November 2018 to the present.

Q.    At the bottom -- well, withdrawn.  Towards the bottom of Exhibit 26 there's a little summary on the, I guess, right-hand side.  Do you see that? Right above the --

A.    Where it's the product total breakdown?

Q.    Yeah.  Let me give it to you again.  That was bad.  Excuse me.  Withdrawn.

Does the shopping cart page have a check out button?

A.    There is a check out button on the product page.

Q.    Right above that check out button is there a summary of the -- well, withdrawn.  Is there a

summary of the order?  Sorry.  I'm going to start again.

Does the shopping cart page include a summary of the order towards the bottom of the page?

A.   The shopping cart shows the breakdown of all products that have been configured in your shopping cart with the summary of pricing broken down by each line item.

Q.   In the summary of pricing, is there -- will there always be a total of the list price of the products in the cart?

A.   There will always be a total of the list price as well as any applicable sales and, kind of, tax breakdown to get to a product total that would be purchasable at check out.

Q.   On the shopping cart page of The Shade Store website, does The Shade Store include a summary that shows the total of the list price of the products in the cart, any savings resulting from the application of a sale, and the product total reflecting that sale?

MR. FELLIG:  Object.  Compound.

THE WITNESS:  Our product summary breaks down those components to get to the final product total, that is the orderable product amount.

Q.    So it has all of those pieces of information?

A.    It includes all of those pieces of information.

Q.    And has that been true from November 2018 to the present?

A.    That has been true since November '18 to the present.

Q.    Have there been any material changes to the layout of the shopping cart page from November 2018 to the present?

A.    There has not been material changes to the check out page or the product landing pages during that time.

Q.    I'm going to break that down so there's a clear record.  Withdrawn.  Has The Shade Store made any material changes to the product landing pages from November 2018 to the present?

A.    There has not been material changes to the product landing pages on the website since 2018.

Q.    How about to the product listing pages?

MR. FELLIG:  Object to form.

THE WITNESS:  They would be the same. There would be no difference between the two of them. So there's been no material changes.

Q.   Okay.  We've been doing this enough that you know that I'm going to now try to break that down.  Withdrawn.

If a consumer is working with a design consultant, at some point before purchase they will receive a final price quote; is that right.

A.   You have to receive a final price quote to purchase a product from The Shade Store through a design consultant.

Q.   Has any -- withdrawn.  Has every consumer that has purchased a product from The Shade Store from November 2018 to the present received a final price quote?

MR. FELLIG:  Object to form.  Outside the scope.

THE WITNESS:  Yes.  All clients receive a final quote in advance of placing an order.

Q.   I'm putting another document in the chat. Please let me know when you've got it.

A.   Yup.  Exhibit 28?

Q.   That's right.  I'm showing you a document that's been marked as Exhibit 28.

(Exhibit 28 marked for identification.)

Q.   It has Bates numbers TSS 0012144 through 46.  Do you recognize Exhibit 28?

Q.   Has the -- withdrawn.  Do all the price quotes from November 2018 to the present include the same information?

A.   All the price quotes would have all relevant information for that time to be able to manufacture the product appropriately, in addition to the pricing on the price quote and a subtotal for that.  So where there might be changes, it might be because we need different information for a different type of product, but materially it's all the same information from 2018 to today.

Q.   Okay.  So let's turn back to Exhibit 28.  I guess there's three products on this price quote; is that right?

A.   There are three products -- well, there's two window treatments with a hub to support one of the window treatments -- sorry.  With a hub to support the motorization of one of the window treatments.  Both of the window treatments, actually.

Q.   Let's take a look at the first window treatment on page -- the page that ends in Bates number 44, just as an example.  I think it's -- what I'm about to ask about is true for all of them.  So withdrawn.

From November 2018 to the present, have all

price quotes that The Shade Store issued to customers included the list price for each product included in the price quote?

A.   Yes.  All final quotes have a list price included.

Q.   If a promotion applies to the product, will that promotion be mentioned in the price quote?

MR. FELLIG:  Object to form.

THE WITNESS:  Yes.  All promotions, whether it's on a product level or on a cart level, will be indicated on the price quote.  Its been and has always been since November 2018 to the current.

Q.   If a promotion applies to a product in a price quote, will the list price be in strike-through font?

A.   The list price will show a strike-through with the updated sale price in bold.

Q.   So from November 2018 to the present in every price quote issued by The Shade Store, if a promotion applied to a product, the product's list price would be listed in strike-through font and next to it there would be a discount price that's lowered?

A.   Our list price as well as discount price on all including of reference to a promotion on final quotes, or on all quotes, for that matter.

Q.    So all quotes from November 2018 to the present reference any promotions that apply to the order?

A.    That is how our quoting includes all promotions at discount at a product level and at a subtotal level.

Q.    The price quotes also include -- withdrawn. Each price quote issued by The Shade Store from November 2018 to the present includes the list prices for all the products on the price quote?

A.    All price quotes have the list price included in the quotes.

Q.    If a promotion applies, will those list prices always be in strike-through font?

A.    If a promotion applies, we will both indicate the promotion as well as strike-through the list price and show the updated sales price.

Q.    And that's been true from November 2018 to the present on all price quotes?

A.    That have been true since November '18 to current.

Q.    Has the general lay out of the price quote stayed the same from November 2018 to the present?

A.    Generally, it's been the same.  Summarize all of the information of the product configuration

and the pricing for the customer.

Q.   On the second page on the right-hand side toward the bottom there is a summary of pricing information.  Do you see that?

A.   I see the summary of the product total.

Q.   And that summary includes the product total list price in strike-through font; is that right?

A.   Yes.  The product list price is the starting point with the strike-through to the sale, discounts, and then, kind of, additional customizations and additional fees to get to your cart total.

Q.   The second line in the summary says, "sale" and then has a negative number.  What is that conveying?

A.   That is the implication of the discount from the list price.

Q.   And when you say "implication of a discount", what do you mean?

A.   Supply the discount to the list price. Whatever the promotion is at that time.

Q.   So is this conveying that the consumer is getting that amount off the list price?

MR. FELLIG:  Object to form.

THE WITNESS:  It would show that that's

what the promotion applied to the list price is reflective of.

Q. Is this same information in the summary on the second page of Exhibit 28 included in every price quote issued by The Shade Store from November 2018 to the present?

MR. FELLIG: Object to form.

THE WITNESS: Yes. All information is included unless you are -- you have declined an installation service. That would not be showing up on a price quote. But all information is included since 2018 to the current.

Q. Okay. So here on each product it says, "20 percent sale, ends 6/1/20."

Do you see that?

A. Yes.

Q. Have all price quotes to which a sale applied from 2018 to the present, did they include the percentage off that the sale gave consumers?

A. All final quotes would have the applicable discount, whether it's -- the applicable discount, depending upon what was -- what discount was applied. Whether it was site discount, a private discount, you would see it either at the product level or at the cart level, if there was a different private discount

applied.  But yes, you would see it.  It's always been applied at the product level.

Q.  For percentage off discount applied to products that are ordered, would the price quote for that product include the percentage -- withdrawn.

If a percentage off discount applied to a product in a price quote, would the percentage off be stated in the price quote?

A.  The percentage off would be indicated at the line item level of the products, or indicated in the subtotal of what the discount applied was referencing.

Q.  And that's been true from November 2018 to the present?

A.  That has been true from 2018 to the present.

Q.  If the promotion that applied to a product included an end date, would the end date also be stated in the price quote?

A.  If there was an end date to the promotion, it would be included in the price quote.

Q.  So here it says, "20 percent sale."

Is that a site wide discount?

A.  It would seem like it was given the end date.  I don't have the sale dates in front of me,

THE WITNESS:  The site wide discount would automatically be applied to any DC generated quote.

Q.  A DC generated quote is a quote that's made by a design consultant?

A.  DC generated quote is a quote created by the design consultant.

Q.  I think you mentioned this in the middle of an answer before.  I'm going to try to get it into the record.  Withdrawn.

Do the price quotes that are provided to customers include all the same details that are included in the shopping cart on The Shade Store's website.

A.  Yes.  All details on the shopping cart are included in the DC generated price quote.  There can be -- design consultants have the ability to add more customizations, so there might be additional information that a design consultant can apply to a product configuration that would not show up or be available for something created online.

Q.  Is the general layout of the price quotes that The Shade Store provides to its customers the same as the general layout of the shopping cart page in the -- on the website?

MR. FELLIG:  Object to form.  Vague and

ambiguous.

THE WITNESS:  The formats of the price quotes are similar and represent the same information for each customer.

Q.   I'm going to show you another document. Shlomo, I'm about five minutes from a good break point, if you were about to ask for a break.

MR. FELLIG:  Sounds good.

Q.   Withdrawn.  I'm showing you a document that we've marked as Exhibit 29.

(Exhibit 29 marked for identification.)

Q.   It has Bates number TSS 0012125 through 139.  Do you recognize Exhibit 29?

A.   I'm just scrolling through.  I do recognize Exhibit 29.

Q.   Is Exhibit 29 another example of a Shade Store price quote that was sent to consumers?

A.   This is an example of a price quote sent to a consumer with a private discount code.

Q.   You mentioned, "with a private discount code."

What do you mean by that?

A.   It was not a site wide discount applied. It was a design consultant applied discount code.

Q.   So to generate this price quote, the design

Q.    I think you said, "private discount code"; is that right?

A.    Yup.

Q.    What is a private discount code?

A.    Our design consultants have the ability to have a private -- like, a discounting that they can work with a customer directly to have flexibility of how they can discount the product to achieve the kind of bottom line pricing that a customer is looking to achieve between configuring the product, being able to, you know, flex between different pricing options, and discounts to achieve that bottom line price.

Q.    Regardless of whether a site wide discount or a private discount code are applied to an order, do the price quotes look the same and have the same information?

A.    The price quotes look the exact same, whether it's a site wide or a private discount on the price code tool.

Q.    Okay.  Now showing you Exhibit 30 which should already be in the chat.

A.    Yup.

Q.    Withdrawn.  I'm showing you a document that we've marked as Exhibit 30.  It has Bates number Smith 000001 to 004.  Do you recognize this to be

another example of a trade -- sorry.  Shade Store price quote?

(Exhibit 30 marked for identification.)

A.    This is another example of a Shade Store price quote showing the difference between this being a trade discount applied.

Q.    Okay.  So here on each product it says, "trade discount, 30 percent."

What does that represent?

A.    That is part of our trade loyalty program. So it's our trade -- our trade program has different tiers.  This would be a 30 percent discount here.

Q.    If a price quote receives a trade discount promotion as opposed to a private discount code or a site wide discount, will the price quote look the same?

A.    The price quote will look the same whether it's a trade discount or private or site wide discount.

Q.    So just to summarize -- withdrawn. Everyone who bought from The Shade Store through a design consultant from November 2018 to the present -- well, actually.  Withdrawn.

Everyone who bought from The Shade Store from November 2018 to the present was either shown a

shopping cart page or was provided with a price quote; right?

MR. FELLIG: Object to form. Misstates prior testimony.

THE WITNESS: All customers are given either a final quote or are going to have a check out or are going to have a shopping cart page to review before they're able to order. Before they order.

Q. The information provided on either the check out page or the price quote has remained substantially the same from November 2018 to the present?

A. Yes. The information has maintained the same information since 2018 to the present.

Q. The lay out has also remained substantially the same; is that right?

A. The layout has been pretty consistent for those time periods.

Q. The information that was included the products that were part of order; is that right?

A. It included all the details of the products that were part of the -- that specific order for delivery.

Q. One piece of information that was included was the list price for each product; is that right?

A.    The list price is referenced in all final quotes.

Q.    Another piece of information that was included was every promotion that applied?

A.    All promotions were also referenced in both products, like, line item details, as well as subtotal details.

Q.    If a percentage off promotion was applied to the product, the percent that was off was listed on either the check out page or the price quote; is that right?

A.    Percentage off for any discount would be applied at -- on the check out page and the final quote page.

Q.    If a promotion applied, the list price would be displayed in strike-through font; is that right?

A.    That is -- the list price would be shown. The strike-through indicates what the sale price was that was next to it.

Q.    If a promotion applied, in addition to the strike-through list price, there would be a discount price right next to it?

A.    Yes.

Q.    And in the summary at the end, there would

also be an amount saying because of the sale listed?

A.    There would be a full breakdown of your list price, any discounts, any services and fees and taxes to get to your product total and your, kind of, bottom line price.

Q.    Okay.

MR. FRANZINI:  Should we take a break?

MR. FELLIG:  Yeah.  Let's go off the record.

(Recess taken.)

Q.    Please turn back to Exhibit 28.  We mentioned that when a promotion applies to a product in an order, The Shade Store includes this information in its price quotes.  Why does it do that?

A.    The transparency for us is very important to the customer, that we're clear on what we're able to provide in terms of pricing.  And we're solutioning with them.  We want to be really transparent and clear about where there's an impact and how we're solutioning, kind of, the total bottom line pricing with them, what they are looking to achieve.

Q.    Well, but why include the -- why not just include the bottom line price?

what information shows up on the price quotes; right?

A.   Yes.  We determine what is being shown on a customer communication.

Q.   So somebody at The Shade Store decided to include all this information that's on the price quotes; right?

A.   The information that's all displayed is all the information that we have determined are relevant pieces of information for both internal and external purposes.

Q.   The list price and the discount is information that The Shade Store determined is relevant; right?

MR. FELLIG:  Object to form.

THE WITNESS:  The list price -- the strike price and the discount price are relevant pieces of information in our sales process.

Q.   Do some customers expect -- well, withdrawn.  I think before you mentioned that customers have expectations with respect to the list price.  What did you mean by that?

MR. FELLIG:  Object to form.  It's vague and misstates prior testimony.

THE WITNESS:  Can you repeat the question?

Q.   Sure.  Do some customers expect to get a

Q.   I'm not sure that answered the question. I'll try again.  Withdrawn.  What is The Shade Store trying to communicate when it says that a product is a particular percentage off sale?

A.   The Shade Store is showing what the discount is going to be on that product that they are looking to order.

Q.   Is The Shade Store communicating how much percent off the customer is getting as compared to what the product would cost before the sale went into effect?

MR. FELLIG:  Object to form.

THE WITNESS:  The Shade Store store is showing what the full price, what the list price is of the product, and it's showing the discount applied to it and what the benefit the customer is getting from that specific discount.

Q.   Let me try it differently.  How does The Shade Store set list prices?

A.   Lots of ways we look at list pricing.  We look at our materials, we look at our overhead costs that we're trying to cover.  We're looking at commodity costs.  We're looking at what our competitive benchmarks are looking, what our pricing looks like at a competitive benchmark.  There's lots

list price for all of its products?

MR. FELLIG:  Objection.  Vague.

THE WITNESS:  It did offer -- there were many things actually offered during that time.  So while there might have been a site -- there might have been a site promo for the 15 to 20 percent off, we also had marketing materials going live with direct mail, e-mail sign ups.  You had different ways that you would be engaging with the brand that may be different than what was on the site from a promotional perspective and was not an always on approach to our customer engagement.

Q.   So let's start with the website.  From February of 2020 to November of 2023, did The Shade Store consistently offer a site wide discount of at least 15 to 20 percent on all of its products?

MR. FELLIG:  Object to form.

THE WITNESS:  There was a discount on the TSS website of between 15 to 20 percent off during that time period with different promotional activations around it.

Q.   And everyone who bought during that timeframe was eligible for at least the discount offered on the website; right?

MR. FELLIG:  Object to form.

THE WITNESS:  Customers would be eligible for the discount depending upon where they came into the engagement with the brand.  If you came in with a mailer that was different and that's how you were engaging with the design consultant, then you might have a different discount that was on the site.

Q.    I think you testified before that they were still eligible for that discount on the website; right?

A.    They would be eligible.

Q.    I've lost the document I wanted to show you.  One second.  Around November of 2023 to the present, did The Shade Store consistently offer discounts on its website?

MR. FELLIG:  Object to form.  Asked and answered.

THE WITNESS:  There were several promotions running during that time period both on the site and offline to engage with customers.

Q.    Was there always a promotion running during that timeframe?

MR. FELLIG:  Object to form.  Vague.

THE WITNESS:  We can see -- continue to evaluate during that time period, and extended the promotion during that time period after evaluation --

knowledge of.

Q.   Do design consultants have access to a 15 percent off private discount?

MR. FELLIG:  Same objections.

THE WITNESS:  I don't have specific knowledge of every discount code we have for design consultants.

Q.   Well, my question is a little different though.  To your knowledge, do design consultants have access to a discount code that provides for 15 percent off all products?

MR. FELLIG:  Same objections.

THE WITNESS:  The design consultants have flexibility to work with their customers, which could include a discount of up to 15 percent, but also I think the difference between percent off versus dollars off to get to a customer's, kind of, like, all-in total cost of the project is really where they see the flexibility of working with the customer to get to their bottom line pricing.

Q.   Do design consultants have the ability to give 15 percent off all products to all customers without getting special approval for doing so?

A.   Design consultants could offer 15 percent off without manager approval.

Q.   Has that been true from November 2018 to the present?

A.   I actually don't remember off the top of my head.  I would have to think about it.  I don't know how far back in time.

Q.   Has it been true since November of 2023 to the present?

A.   Since November 2023 to the present?  Yes. They have had the ability to offer 15 percent off.

Q.   Since November 2023 to the present, did design consultants have the ability to offer 20 percent off without manager approval?

MR. FELLIG:  Outside of scope.

THE WITNESS:  I think it depends.  It would be dependent upon different circumstances, and it would depend on different time periods.  I wouldn't speculate given the broader set of time.

Q.   Sorry.  Just to be clear.  I'm not talking about the percentage, not the time.  I'll try again. Withdrawn.

From November 2023 to the present did design consultants have the ability to give customers 20 percent off all products they ordered without manager approval?

MR. FELLIG:  Asked and answered.

Q.   Does Looker include historical information about the average discounts on orders that The Shade Store offers throughout the year?

MR. FELLIG:  Objection.  Scope.

THE WITNESS:  We have just been looking at it for the last year, so I don't know if there's other historical data besides that.

Q.   For the last year, what was the average discount that The Shade Store offered?  Withdrawn.

Over the last year, what was the average discount on orders by consumers?

MR. FELLIG:  Objection.  Outside the scope.

THE WITNESS:  I don't know off the top of my head.  I'm assuming it's in our transaction data, but I don't have it off the top of my head.

Q.   I'm showing -- well, I'm going to put a spreadsheet in the chat.  Let me know when you've got it.

A.   Okay.

Q.   Do you have the document in front of you?

A.   I do.

Q.   I'm showing you a document that was previously marked at an earlier deposition as Exhibit 9.  I'm going to call it that for consistency.  It has Bates number TSS 0008879.  Do

you recognize Exhibit 9?

A.   I do.

Q.   What is it?

A.   This looks like our promotional -- what's in our systems as the promotion at the starting of a specific time period.

Q.   How is it that you recognize this document? Have you seen it before?

A.   I've reviewed it with our external counsel.

Q.   Is the information in Exhibit 9 information that came from a data repository that The Shade Store maintains?

MR. FELLIG:  Objection.  Outside the scope.

THE WITNESS:  I don't know where the report generated from, but I believe it's from Admin, which is where we house our promotional discounts.

Q.   So what information is shown in Exhibit 9?

A.   The promotion name, the discount, and the start and end date of the promotion.

Q.   Does the -- does Exhibit 9 report promotions that were offered on The Shade Store website from February of 2019 to May of 2024 as reported in The Shade Store's Admin database?

MR. FELLIG:  Objection.  Vague.

THE WITNESS:  It seems that it has the site

wide discount is advertised on the website, would it also be input in Admin?

MR. FELLIG:  Objection.  Outside the scope.

THE WITNESS:  Can you rephrase the question?

Q.  I'm trying to understand where this information came from.  So The Shade Store has -- well, withdrawn.  When site wide discounts are offered on The Shade Store's website, does somebody have to do something in Admin to cause it to be available in the configurator?

A.  Yes.  The dev team -- there's a development team, a tech team, who would be responsible for updating promotions on the website.

Q.  Is the information in Exhibit 9 information that was input by the dev team for that purpose?

MR. FELLIG:  Objection. Outside the scope.

THE WITNESS:  I couldn't speculate.

Q.  So if Exhibit 9 includes -- well, withdrawn.  Please turn to Exhibit 9.  There's four columns.  The first one is promotion name.  What information is set forth in column -- in the promotion name column?

A.  It is the type of sale -- it's the type of discount on the website.

Q.    Is it the name of a promotion that was offered on The Shade Store website?

A.    It is reflective of what the site was. This is what we were calling it externally. I couldn't -- this aligns to what the promotion was. It wasn't necessarily a public facing -- public naming of the promo.

Q.    Okay. So does exhibit A include the internal name of a promotion that was run on The Shade Store website at a given moment in time?

MR. FELLIG: Objection. Form.

THE WITNESS: Yes. It looks like it's the internal naming of what the sale was.

Q.    Column B has the heading, "discount percent."

What information is shown in Column B?

A.    This would be the discount percent that would be applicable for the sale depending upon what the product category it was applied to.

Q.    Column C has the heading, "promotion start date", and Column D has the heading, "promotion end date." What information is in Column C and D?

A.    The start date of the discount on the site and the end date of that discount.

Q.    If the -- if Exhibit 9 reports that for a

given period of time -- well, withdrawn.  Please look at Row 16.

A.    Mm-hm.

Q.    Row 16 in Column A says, "percent off site wide sale."

Do you see that?

A.    20 percent off site wide sale?

Q.    That's right.  And Column B says, "discount percent 20"?

A.    Mm-hm.

Q.    And Column C and D have the date range, November 12, 2020, to November 25, 2020.  Do you see that?

A.    Yup.

Q.    Does that tell you that from November 12th of 2020 to November 25th of 2020, The Shade Store was offering a 20 percent off site wide sale on its website?

MR. FELLIG:  Objection.  Asked and answered.

THE WITNESS:  Yes, that would be what the promotion was that was discounting off of the website.

Q.    And you mentioned -- and that's true for every entry in this -- withdrawn.  Is that same

as the promotion calendar.  Is that all right?

A.    I'll defer to my lawyers.

Q.    Okay.

A.    It's fine.

Q.    For purposes of this -- withdrawn.

MR. FELLIG:  Just for a clear record, promotion calendar kind of means different things in different contexts.  You might want to pick a different name for it.

Q.    All right.  Withdrawn.

MR. FELLIG:  Maybe you can call it the Admin export, or something like that.  Admin spreadsheet.

Q.    Okay.  Withdraw.  If, according to Exhibit 9, a 20 percent off site wide sale was being offered from November 12, 2020, to November 25, 2020, can we conclude from that that The Shade Store website was actually offering that promotion during that timeframe?

MR. FELLIG:  Objection.  Asked and answered.

THE WITNESS:  Yes, that would have been in the system, offering a discount.

Q.    Now, you mentioned that some end dates looked off before.  What did you mean by that?

A.    I probably misspoke.  I think I saw a number that didn't seem right, but I can't seem to find it.  It might just be my eyes.

Q.    Please look at lines 68 and 69.  According to lines 68 and 69 of Exhibit 9, there was a 15 percent off site wide sale from October 27th of 2022 -- actually, withdrawn.  According to line 68 of Exhibit 9, there was a site wide sale of 15 percent off returning from October 27th of 2022 to November 9th of 2022; right?

A.    Yes.  That's what the document says.

Q.    According to Row 69, there was a 15 percent off site wide sale running from January 4th of 2023 to January 18th of 2023; right?

A.    There was a sale of the 4th of January to the 18th that was 15 percent off site wide.

Q.    There is no entry here for the period from November 9th of 2022 to January 4th of 2023; right?

A.    There is no sale captured between November 10th through January 3rd.

Q.    But in reality, The Shade Store was running a site wide sale from November 10th of 2022 to January 3rd of 2023; right?

A.    I have to go back and validate.  If it's not in here, I would have to check other sources if

it's not captured here.

Q.    Is it possible that a sale was running during that period even though it wasn't captured here?

A.    It's possible, but I would have to confirm.

Q.    What sources would you use to confirm?

A.    I would probably look at our transactional data or look at other reference docs that we have on promotions happening at that time.

Q.    Let me show you a -- I'm going to show you four documents.  We're going to mark these documents as Exhibits 32A through 32D.

(Exhibit 32A marked for identification.)

(Exhibit 32B marked for identification.)

(Exhibit 32C marked for identification.)

(Exhibit 32D marked for identification.)

Q.    They have Bates numbers starting with TSS 0006135, for Exhibit 32A.  TSS 006170 for Exhibit 32B.  TSS 0006195 for Exhibit 32C, and TSS 00006216 for Exhibit 32D.

Please open up Exhibit 32A.

A.    Yup.

Q.    Do you recognize this to be an e-mail sent from The Shade Store?

A.    I recognize this as a Shade Store

promotional e-mail -- marketing e-mail.

Q.    And do you see the date November 11, 2022?

A.    I do.

Q.    Scroll down to the bottom, please.  On the last page TSS 0006137, do you see where it says, "Autumn sale, 15 percent off all orders.  Offer valid --

A.    I see that.

Q.    '23, 2022?

A.    Yup.

Q.    Does that tell you that there was a site wide discount of 15 percent off running through November 23rd of 2022?

A.    That is what it would tell me.  That there was an available discount for -- an available discount during that time.

Q.    Now, please open up Exhibit 32B and scroll donut bottom again.

A.    Yup.

Q.    Does that tell you that there was a 15 percent off all orders discount available through December 7th of 2022?

A.    It does show that.

Q.    And then, please take a look at the same thing on Exhibits 32C and 32D.

A.    Both show there are 15 percent off discounts available during this time period through January 4th.

Q.    So was there a 15 percent off site wide discount available from November 10th of 2022 to January 3rd of 2023?

A.    That is --

MR. FELLIG:  Objection.  Form.

THE WITNESS:  It would tell me there's some discounting available during that time.

Q.    Does it tell you that there's a 15 percent off discount that applied to all products during that time?

A.    It does say there's 15 percent off all products during that time.

MR. FELLIG:  When you're at a good breaking point, let's take five.

MR. FRANZINI:  That works.  That's fine.

MR. FELLIG:  Let's go off the record.

(Recess taken.)

Q.    We're back on the record.  It looks like I lost my folder with the exhibits.  All right. Withdrawn.

I'm showing you a document that we're going to mark -- actually, sorry.  I forgot something.

the spreadsheet up on your screen?

MR. FRANZINI:  I do.  Let's try and see what happens.

Q.    Can you see my shared screen?

A.    Yup.

Q.    Is it in a kind -- I can't see what it looks like for you.  Can you read it?

A.    All good.  Yup.

Q.    I'm showing you a document that was marked as -- you know what, I need to -- give me one second. You are now testing my ability to use Zoom. Withdrawn.

I'm showing you a document that was previously marked as Exhibit 16.  It has Bates number TSS 0012284.  Do you recognize Exhibit 16?

A.    I do recognize Exhibit 16.  It is our transactional data.  Our order transactional data.

Q.    And how do you know that?

A.    I've reviewed it with counsel.

Q.    Is Exhibit 16 information that -- withdrawn.  Can we call this a line item report?

A.    We can call it a line item report.

Q.    I just want to call it something.

A.    No, that's fine.  Line item makes sense.

Q.    In the line item report -- withdrawn.  Is

the line item report we marked as Exhibit 16 information -- withdrawn.

Does the line item report that we've marked as Exhibit 16 contain information about The Shade Store orders that The Shade Store maintains?

A. Yes. This is all data related to an order that we have -- that captures against each order number.

Q. Where is this information stored at The Shade Store?

A. This comes out of our Admin system. I was going to say out of Admin, but really we pull it out of Looker.

Q. On line A of the line item report, the heading is "TSS order number."

What's in this column?

A. That is your order number for -- it has multiple products in that order, but that's if you placed an order from the shopping cart or from a final quote, that's what your confirmation number is.

Q. And in Column B the heading is, "order product ID."

What's in this column?

A. Order product ID would be the product's -- again, each individual -- within the order, you might

have multiple windows you're buying for, multiple products you're getting.  Each of them has a product ID that you're manufacturing against.  So you would have an order that could have several product IDs.

Q.   Are order numbers unique?

A.   Order numbers are unique, yes.  Order numbers are unique.

Q.   And that means -- go ahead.

A.   No.  Go ahead.

Q.   Does that mean that each order number corresponds to a single particular order in The Shade Store system?

A.   Yes.  Each order number has a product associated to that order.  Each order is unique in how it's captured.  Therefore, each product is also unique.  You're going to have unique products and unique order numbers.

Q.   Using the order numbers in the line item report that we've marked as Exhibit 16, is it possible to tie a row on this report to a particular quote that The Shade Store issued to the customer in question?

A.   Can you rephrase the question?

Q.   You testified earlier that The Shade Store has price quotes for all the orders that it received

from November 2018 to the present.  Do you recall that?

A.    I do.

Q.    I believe those price quotes have order numbers on them; is that right?

A.    If they get turned into final orders.  If somebody completes that, yes.  They each get an order number for it.

Q.    So using that information, are we able to figure out what price quote corresponds to which order listed in the line item report?

A.    Yes.  You can tie the final quote to the order.

Q.    In Column D the heading is, "product project created channel."

What information is in this column?

A.    That is really the difference between how you're starting the engagement with the brand.  So that could be through the Web, which would include an action taken, like, requesting a measure appointment or swatches.  It could be through chat.  You could do it through the phone, which would probably be our sales desk, and you can do it through a showroom. Yes.

So trade shows historical, we used to do

trade shows. We don't do any of those anywhere. The partners would be Restoration Hardware, would be the best example there. That is the channel which you engaged with us for the first time.

Robert Allen. That was a historical -- that is probably -- Robert Allen was an old -- he acquired a part of a business, and it was a Robert Allen accounts. So that might be all that is. It may not be Restoration Hardware.

Q. Okay. If for a particular order the project created channel is Web, does that mean that the customer who ended up placing the order started their interaction with The Shade Store through The Shade Store's website?

A. It means they first engaged with the brand in terms of capturing their data through the website. So you could have come through a showroom, browsed, picked up slouches, and I never got your name and address, and you went on the website and requested a measure appointment, you would look like you were a Web customer but you've been to a showroom. And vice versa, you see that it can be driven by, I saw you online. I've seen your direct mail piece.

So it's kind of a hybrid of your first channel interaction, but it's really where you first

took an action with the brand where we captured your information.

Q.   So if the project created channel is Web, that means the person in question visited the website at some point; right?

MR. FELLIG:  Object to form.  Calls for speculation.

THE WITNESS:  If the project created channel was Web, it just means that the first time they gave us their information was on the website for an action.

Q.   Right.  So that means they at some point went on the website; right?

A.   Yes, they would have engaged with us on the website.

Q.   The next column is Column E.  The heading is project "created type."

What does that mean?

A.   This is the action they actually -- how they took an action.  So if you went to a catalog request, it could be online and they requested the catalog, that could be the first action they took with us.  If you came into a showroom and it was an employee generated lead, it would say, "I gave my information to the employee and that's how we

captured their information."  If it was a phone it would be, "I called in."  I captured their information that way.

That's kind of the first -- it's the brand engagement type, not necessarily the channel but, specifically in the channel, what type of engagement you did.

Q.    Column F is "project created source."

What information is here?

A.    This is where the -- this is where you are going to get the source of the traffic.  Easiest explained on Web where you can see that it came through search, it came through a review, it came through just the direct Web.  Like, I didn't -- the source was really, I just typed in www.theshadestore.com.  Social would be the other one where you come in through a social channel.

That would be your -- that's where you started from on the Web.  Showroom would be, we ask all of our customers how they found out about us.  You would see, hey.  I saw you when I walked by.  I got a direct mail piece and I came into your showroom.  I actually was searching online and I saw you and I came into the showroom versus engaging with you on the website.  I actually came to your

showroom.

And so that is the different types of, kind of, lead generating channels that are going into how a project gets created.

Q.   The next column is "confirm date."  Sorry.
Withdrawn.  Let me give you a better question.
Withdrawn.

In column G of the line item report we marked as Exhibit 16, the heading is "confirm date."

What information is in this column?

A.   The confirm date is the order placement date.  So it's when you're actually -- the payment has actually been processed and it's been confirmed.

Q.   So does that mean the date that the customer placed an order?

A.   It would be the day the customer -- it would be the day that we confirmed your payment for the order.

Q.   Does that typically happen on the same date the customer places the order?

A.   Typically, but some people send checks.  We have to wait for the checks.  There's some of that.  I would say typically it's the same day that it goes through the payment processor.

Q.   If not it's, kind of, a few days later?

A.    Exactly.

Q.    And ship date I take it is that the date that the product shipped to the customer?

A.    That is the date the product shipped to customer.

Q.    Columns I and J are quantity and original quantity.  What information is in here?

A.    This is the number of units associated with that line item.  So that product detail would be how many units are in the -- how many quantity of that is being shipped.

Q.    What's the difference between quantity and original quantity?

A.    It would be what was actually shipped versus -- what was actually needed versus what was original scoped in the products.  So if you had two sets of hardware and you actually only needed one set of hardware, they would adjust it and say if the original quantity said one, but it was always two components of hardware, you might only ship half of that componentry.  But that's, again, very unique. You shouldn't see many halves.  It would be literally, every product would have one unit associated with it.

Q.    Moving on to columns K, L, M, and N.  Do

those columns tell us the city, state, country, and zip code of where the products were shipped?

A.   That is the information that is captured, yes.

Q.   I don't know that I can put them all on the same screen, but -- withdrawn.

In columns O through AN, does that include -- does that tell us what the product is and all the configurations about the product?

A.   That is all the product details that would have been in the order -- within the quote.  Those are all the details for us to manufacture the product against that line item.

Q.   In Column AO of Exhibit 16, the column heading is, "product total."

What information is included in this column?

A.   Product total is the -- just the products, some of the products, inclusive of the sales tax. Hold on.  Let me check.  The product total is the total without the promotions.  It's your full price of the product.

Q.   Without sales tax though; right?

A.   Without sales tax.

Q.   Okay.  Let me try to get that cleaner.

Withdrawn.

In Column AO of the line item report, does that show the list price for the product?

A.    That is the list price of the product in Column AO.

Q.    Column AP, the heading is, "charges/discount."

What is that?

A.    That would be any custom, like, we charge for customizations.  And it could potentially be on discounts separate from promotions where it's kind of line item discounts, where we might give a dollar off or a different, kind of -- different from a full product level promotion.

Q.    So what's the difference between a discount and a promotion?

A.    The discount, this could just be a dollar off discount.  A one off, I'm giving you a private discount on something, versus what the promotions are that are more applied to the full cart.

Q.    In Column AQ of the line item report the column heading is, "promotions."

What information is in Column AQ?

A.    That would be your site wide discount.  Your promotional discounts.  Whether that's from a

mailer or a site wide or a private discount that's on a percentage off basis.

Q.   Does Column AQ set forth the dollar amount of discount off the list price that the consumer received as a result of a percent off discount?

A.   It is the dollar implication of the percent off discount.  That is what AQ is.  Off the discount price of AO.

Q.   The percent off discount might be a site wide discount, it might be a private discount, it might be a trade discount?

A.   Yes.

Q.   In Column AR, the column headed "shipping", what information is in here?

A.   This is any shipping costs.  While we provide free shipping on the ground, we also offer expedited shipping that comes at a cost.  That would be captured in AR.

Q.   Column AS, column heading is "subtotal."

What information is in that column?

A.   That is just the summation of AO through AR.  So the list price plus any charges or discount plus the discount of promotions plus the shipping cost would get you to your subtotal.

Q.   In Column AT it says, "sales tax."

What information is in Column A T?

A.    That would just be the tax off of the product sales.

Q.    And in Column AU it says, "line item total."

What information is in there?

A.    That is the sum of the subtotal and sales tax.

Q.    So is the subtotal supposed to be -- withdrawn.  Is the information in Column AS, subtotal, is that supposed be the information in Column AO, product total, minus the information in Column AQ, promotions?

A.    Semantics, but it would be the addition of the negative.  So your product total would be adding the discount from the promotions and, depending upon what's in AP, if there's a charge or discount, you would also have -- that would just be the summation of those prior four columns of shipping, promotions, surcharges, and product total.  It would get you to your subtotal.

Q.    Got it.  So Column AS is supposed to be AO plus AP plus AQ plus AR?

A.    Exactly.

Q.    Got it.  Let's take a look at Column BC of

the line item report. The column title is promotion name. What information is found in Column BC?

A. That would be the promotion that was applied to that order.

Q. Column BD, the title is "promotion start date."

What information is in Column B D?

A. That is when that promotion that was applied in BC, when that promotion started.

Q. And then Column BE is promotion end date. What information is in Column BE?

A. I'm not actually sure what's in BE. Because if you look below it has a 2030 end date which doesn't seem accurate. So I don't know that I would reference -- I think the promo end date might be a date of (inaudible). It seems like promotions started having an end date in those columns are slightly misaligned too. Well, maybe that's probably why. It's a private sale. So the private sales don't have an end date.

So in our systems, we would just have a kind of blanket 2030 end date. That's, I think, your difference between the promotion start date and end date when it's a public promo, is the start and end date of that public promo. If they're using a

private sale, there is no beginning or end date. It's just the private sale discount applied.

Q. I'm going to move on to the next column and we'll probably come back to this one. Withdrawn.

Column BF. The column heading is, promotion type. What information is that in here?

A. That's really whether it's a website sale or a private promo.

Q. So when it says "website sale", that means that it is a kind of publicly available sale that is advertised on the website?

A. It could be, yes. That's what's triggered from the website.

Q. And if it says promo code, that would be a private promotion that the design consultant applied to the order?

A. It could also be direct mail -- it could be something in a catalog. It could be a direct mail piece. So you could have your unique promo code that's generated from other material. That would be promo code. Plus private discount codes from the design consultants, or you would have the website.

If you were someone who got a direct mail piece with a 20 percent off private promo code, and you wanted to check out online, you could check out

online using that promo code.  It would be the promo code, not the website code, presuming that you were taking that promo advantageously.

Q.    Got it.  So going back to columns BD and BE, for website sales those columns show the start and end date of the promotion?

A.    Yes.  They show what appears to be the start and end date of the promotion that was applied during that sale.  Sorry.  That was applied during that order.

Q.    And for promo code -- withdrawn.  For orders that received a promo code discount, the start date is the start date of that promotion and the end date is January 1st of 2030, which basically means the promo code doesn't expire?

A.    It depends.  I think if you see the promo code, the new e-mail sign up has a 90-day -- you get 15 percent off for the 90 days.  So it would give you the, like, here's the 90-day window of when it was issued to when it would be no longer active in the system.  The rest of the private sale promos are all kind of a, I'm going to say, they created that promo code April 2016.  They put a kind of fake end date to say that it's live until -- so it's kind of a fake end date.

I think you'll have more specific promo codes that have a true deadline or that are really time bound versus ones where private sales aren't time bound.

Q.   Got it.  So for promo code, the promotion start date is the start date of the promotion; is that right?

A.   Well, again, it depends on what type of a promo code.  The new e-mail sign up, for example, would be when I signed up for the e-mail, the promotion code that was generated in the e-mail means it started -- they signed up the e-mail promotion on November 6th.  That specific promo code would be valid until February 4th.  They set order somewhere between that time period, and that's why they got that discount.

For a private sale, they started that private sale discount code in April of 2016, and I think that is just a dummy placeholder of an end date of January 2030.

Q.   Let's see.  Withdrawn.  Does the line item report that we marked as Exhibit 16 include all direct to consumer transactions except for trade discount transactions during the timeframe specified in the document?

A.   That would be -- all consumer transactions, and there may be a few trade transactions if they had different discounts applied, or if they were -- some trade accounts will get put against consumer for exception based reasons, but the majority of this would be consumer transactions.

Q.   So using the information in the line item report, we can figure out -- well, withdrawn.  Does the trade -- withdrawn.

Does The Shade Store have the information contained in the line item report for all orders placed by a consumer from November 2018 to the present?

MR. FELLIG:  Objection.  Vague.

THE WITNESS:  Can you rephrase the question?

Q.   Yes.  Withdrawn.  Does The Shade Store have the information contained in the line item report we marked as Exhibit 16 for all orders, all direct to consumer orders, placed from November 2018 to the present?

MR. FELLIG:  Same objections.

THE WITNESS:  I'm pretty sure that's what the report was supposed to contain.  So I would say I would have to confirm, but, yes, all the information

should be here in the report.  That's my expectation, that it is all transactions from November 2018 to the present.

Q.   So that means The Shade Store has information about the products purchased, the list price, the discount price, and the shipping address for all direct to consumer orders placed from November 2018 to the present?

MR. FELLIG:  Objection.  Vague and compound.

THE WITNESS:  This holds all of the information, quarter level information, with all products detailed and pricing and shipping for all orders from 2018 to present.

Q.   Are there thousands of consumers in each of California and Washington who made purchases from The Shade Store in every year from 2018 to the present?

MR. FELLIG:  Objection.  Outside the scope.

THE WITNESS:  I couldn't speculate.

Q.   Did thousands of people in California place orders from The Shade Store during the time period of 2020 to the present?

MR. FELLIG:  Same objections.  Outside scope.

THE WITNESS:  I couldn't speculate.

A.   That's correct.

Q.   And the subtotal column shows the amount that the customer paid for the products?

A.   It's the subtotal including any taxes. That would be what the product cost is.

Q.   So if the product total is 350 and the subtotal is 360, does that tell you that the customer did not pay the list price for that product?

A.   That's what it would imply.  I'm not sure why it's not being captured, but it would imply that there was a 20 percent discount.

Q.   All right.  I think we're done with that one.  I'm going to give you another long spreadsheet, but I will say that I do not intend to send much time on it.  Don't lose heart.  Please let me know when you've got it.

A.   I'm having difficulty with my Excel on this computer.  Can we --

Q.   Yeah.  Sorry.

A.   No worries.

Q.   Forgot about that.  I'm going to show you a document that I'm going to mark as Exhibit 34.

(Exhibit 34 marked for identification.)

Q.   It has Bates number TSS 0038115.  I've also put it in the chat so the court reporter has it.  Do

you recognize Exhibit 34?

A.    I do.

Q.    What is it?

A.    It's the trade transactional data.

Q.    So is it basically the same thing as Exhibit 16 but for sales that were made subject to a trade discount code?

A.    Exactly.  It was any order that had a trade discount -- has a trade account associated with it.

Q.    Do the columns in Exhibit 34 have the same meaning as the ones in Exhibit 16?

A.    They do have the same meaning.

Q.    If a person gets a trade -- withdrawn.

Do trade folks always get a discount?

A.    Trade partners always have the option of getting a discount and can determine if they want to use it or not.

Q.    What level of discount do they have the option of using it?

A.    ████████████████████████████
████████████████████████████████████
███████████████████████████

Q.    Has that been the case since November 2018 to the present?

A.    No, that has changed over time.  We've

terms of setting expectations.  If you get a product and, for example, you are looking for a blackout option that you really need no sun in and, way your windows are constructed don't allow that -- the product you chose in the beginning didn't allow for that to happen, we'll either work with you on a repurchase discount so you can re-buy the products at a 40 percent off discount.

If there's something on our end that we don't set expectations right or it's not fitting the way we kind of discussed and set expectations, we'll remake it and we'll work through really trying to solution the product properly in your home.  I think very, very infrequently do we actually have returns or refunds.  We are able to typically solution in a home or in an office -- in a window that we are able to solution fixing issues with customers and that can kind of, again, run the gambit from attending drapery, remaining products, of helping, remaking products, making sure it's actually in line with what you bought.

If it isn't, offering you other ways to buy replacement products at a potential discount.

Q.   Okay.  But if all else fails and the customer still wants to return the product, will you

still ultimately allow them to do so?

A.   With the guard rails that it's not arbitrary that they're returning the products and yes, we will work with them to return the products if all else fails.

Q.   And so in that situation will the customer get a refund?

A.   If we return -- if we pick up the product and take it back, then we will offer them a refund. Yes.

Q.   And so you kind of answered my next question but let me ask it again.  In that situation where they get a refund, will you take the product back?

A.   We do take the product back.  That's the only way we offer the refund.

Q.   Okay.  Is there any way for you to make use of that product, or is it just customizing and therefore use less?

MR. FELLIG:  Objection.  Outside the scope.

THE WITNESS:  We are working on using that product.  There is currently not a great use for fabric that's not utilized.

Q.   Got it.  So I'm going to show you -- see if you can open this one.  I'm showing you a document

compensation that we would allow against that.

Q.   Okay.  There's another section.  What's in here?

A.   Probably the same type of catch all of. Like, one off kind of non -- you know, irregular issues that come up.

Q.   Okay.  And the last section is return. What is in this section?

A.   This is if we took back an order and refunded the customer.  This would be the returns that we would take.

Q.   And then the last section is, sales. What's in there?

A.   Sales could be where we didn't either apply a promotion correctly or where we -- like, a good example is on the trade, where the trade forgets to add the trade to add my trade account when I purchased.  We'll then rectify the discount on the sale number.  As you can see, it's very low.  That's typically where it comes from.

Q.   What about unclassified?

A.   I think it's another one of those other -- I'm not sure why there would be something between other and unclassified.  They should be the.

Q.   The project count.  Does that mean the

STATE OF CALIFORNIA          )
                             )
COUNTY OF LOS ANGELES        )


        I, Michael Cagliata, Certified Shorthand Reporter No. 14491, do hereby Certify:

        That prior to being examined, the witness named in the foregoing deposition was by me duly sworn to testify the truth, the whole truth, and nothing but the truth;

        That said deposition was taken down by me in shorthand and thereafter reduced to print by means of computer-aided transcription; and the same is a true, correct, and complete transcript of said proceedings.

        I further certify that I am not interested In the outcome of the action.

        Witness my hand this 17th day of December, 2024.


        _____

        Michael Cagliata, CSR #14491, RPR

        Certified Shorthand Reporter

        In and for the State of California