# EXHIBIT 2



**This quote has already been purchased and become order #579712753 on May 28, 2020.**

## FAMILY ROOM (HUB)



|  |  | 20% SALE (ENDS 06/01/20) |
|---|---|---|
| QUANTITY | 1 | ~~$200.00~~ \| **$160.00** |
| PRODUCT | WiFi Hub | |
| TYPE | The Shade Store Wireless Link | |
| INSTALLATION | No | |
| ESTIMATED SHIP DATE | 06/02/20 | |

## LIVING ROOM (1_ODD SHAPE)



|  |  | 20% SALE (ENDS 06/01/20) |
|---|---|---|
| QUANTITY | 1 | ~~$2,340.00~~ \| **$1,872.00** |
| PRODUCT | Roller Shades | |
| MATERIAL | 3% | |
| COLOR | Grey | |
| MOUNT | Outside | |
| WIDTH | 89 1/2" | |
| LENGTH | 144" | |
| CONTROL | Motorized | |
| POWER TYPE | Battery - Solar Panel (RA - 28mm Battery) | |
| MOTOR POSITION | Left | |
| REMOTE NAME | LR | |
| CHANNEL TYPE | 15 Channel | |
| CHANNEL(S) | 0, 1 | |
| BRACKET COLOR | White | |
| ROLL | Reverse | |
| BOTTOM BAR | Sewn-in | |
| OPTIONAL FEATURE | Upholstered Valance | |
| ESTIMATED SHIP DATE | 06/08/20 | |
| NOTE TO INSTALLER | side by side shades-tall ladder | |
| CUSTOMIZATIONS | no right return | |
|  | upholstered valance to be in different material than shade -- 3% white | |
|  |  | **$120.00** |
| INSTALLATION | Yes | |



**Exhibit #**

**Dominick 28**

12/4/2024

exhibitsticker.com

TSS0012144

# LIVING ROOM (2_ODD SHAPE R)



| | | 20% SALE (ENDS 06/01/20) |
|---|---|---|
| QUANTITY | 1 | ~~$2,340.00~~ \| **$1,872.00** |
| PRODUCT | Roller Shades | |
| MATERIAL | 3% | |
| COLOR | White | |
| MOUNT | Outside | |
| WIDTH | 89 1/2" | |
| LENGTH | 144" | |
| CONTROL | Motorized | |
| POWER TYPE | Battery - Solar Panel (RA - 28mm Battery) | |
| MOTOR POSITION | Right | |
| REMOTE NAME | LR | |
| CHANNEL TYPE | 15 Channel | |
| CHANNEL(S) | 0, 2 | |
| BRACKET COLOR | White | |
| ROLL | Reverse | |
| BOTTOM BAR | Sewn-in | |
| OPTIONAL FEATURE | Upholstered Valance | |
| ESTIMATED SHIP DATE | 06/08/20 | |
| NOTE TO INSTALLER | side by side shades-tall ladder | |
| CUSTOMIZATIONS | no left return | |
| | upholstered valance to be in different material than shade -- 3% white | **$120.00** |
| INSTALLATION | Yes | |

| **Billing Address** | **Shipping Address** | | |
|---|---|---|---|
|  |  | Product | ~~$4,880.00~~ |
| | | Sale | -$976.00 |
| San Rafael, CA 94901 | San Rafael, CA 94901 | Customizations | $240.00 |
| USA | USA | Shipping (Ground) | FREE |
| | | Product Subtotal | $4,144.00 |
| | | Product Tax (9.000%) | $372.96 |
| | | **Product Total** | **$4,516.96** |
| | | Installation Services | $702.00 |
| | | **Installation Total** | **$702.00** |
| | | **Your Total** | **$5,218.96** |

The Shade Store values every customer's privacy and personal information. We use a secure socket layer(SSL) that encrypts all of your information. We also do not store any credit card information for the safest transaction possible. Please select a payment method.

SIGN UP FOR EMAILS AND SAVE 15%

Enter Email | SUBMIT

 Monthly Financing: Buy Now, Pay Over Time. Learn more

    

© 2006-2024 The Shade Store, LLC. All Rights Reserved. Terms + Conditions. Site Map. Privacy Policy. Do Not Sell or Share My Personal Information.
Contact Us: 800.754.1455 | Showrooms | Email | Chat | Sign Up & Save 15%

TSS0012146