# EXHIBIT 3



**This quote has already been purchased and become order #679796631 on Dec 26, 2023.**

## MAIN BEDROOM



| | | PROMO CODE (25% OFF) |
|---|---|---|
| QUANTITY | 1 | ~~$200.00~~ \| **$150.00** |
| PRODUCT | WiFi Hub | |
| TYPE | The Shade Store Wireless Link | |
| PRODUCT NOTES | Please note, a 2.4 GHz Wi-Fi network is required. Please confirm your network details with your internet service provider prior to setting up the Wireless Link. | |
| INSTALLATION | No | |
| ESTIMATED SHIP DATE | 12/29/23 | |

## MAIN BEDROOM (A PANE1)



| | | PROMO CODE (25% OFF) |
|---|---|---|
| QUANTITY | 1 | ~~$2,320.00~~ \| **$1,740.00** |
| PRODUCT | Roller Shades | |
| MATERIAL | 3% Thermo | |
| COLOR | Grey | |
| MOUNT | Inside | |
| WIDTH | 93 1/2" | |
| LENGTH | 60 1/2" | |
| CONTROL | Motorized | |
| POWER TYPE | Battery - Rechargeable (RA - 28mm 5V Battery) | |
| MOTOR POSITION | Left | |
| REMOTE NAME | MB | |
| CHANNEL TYPE | 15 Channel | |
| CHANNEL(S) | 0, 1 | |
| BRACKET TYPE | Round | |
| BRACKET COLOR | Black | |
| ROLL | Reverse | |
| BOTTOM BAR | Sewn-in | |
| ESTIMATED SHIP DATE | 01/08/24 | |
| NOTE TO INSTALLER | -inside mounted with "reverse" roller (no valance), motorized | |
| INSTALLATION | Yes | |

Exhibit #

**Dominick 29**

12/4/2024

TSS0012125

# MAIN BEDROOM (A)





|  |  | PROMO CODE (25% OFF) |
|---|---|---|
| QUANTITY | 1 | ~~$6,150.00~~ \| **$4,612.50** |
| PRODUCT | Tailored Pleat Drapes | |
| MATERIAL | Velvet | |
| COLOR | Silver | |
| PANEL OR PAIR | Pair | |
| WIDTH | 125" Across | |
| LENGTH | 116 1/4" | |
| LINING | Blackout | |
| HARDWARE | Yes | |
| ESTIMATED SHIP DATE | 01/12/24 | |
| CONTROL | Baton | |
| CONTROL LENGTH | 36" | |



| | |
|---|---|
| HARDWARE | Madison Track |
| HARDWARE LENGTH | 125" |
| MOUNT | Outside: Ceiling |
| FINISH | Gold |
| FINIAL | Tapon |
| SET TYPE | Single Set |
| NOTE TO INSTALLER | -functional drapery |
| PRODUCT NOTES | Please note a 4" leading edge and 4" return will be added standard to each drapery panel (so the total finished width of your drapery will be approx 8" wider than your order). This extra width allows you to return the outside edge of the drapery back to the wall and have an overlap when drapery is closed. Our velvet is considered to be an "antique velvet" and is of the highest quality available. This fabric was chosen for its unique natural characteristics which include striations and variation in texture. This is considered the beauty of this material. If a more plain/consistent appearance is what you are looking for we would suggest another material. Please note that tracks over 104" wide will be spliced and come in 2 pieces. |
| INSTALLATION | Yes |
| MOUNTING INFO | Left Drapery Return Starts Outside Left Trim Edge By 14" |
| | Right Drapery Return Starts Outside Right Trim Edge By 14" |
| | Top of Hardware Begins On the Ceiling |
| | Bottom of Drapery Ends Above Floor By 3/4" |

# MAIN BEDROOM (B)



| | | PROMO CODE (25% OFF) |
|---|---|---|
| QUANTITY | 1 | ~~$180.00~~ \| $135.00 |
| PRODUCT | Roman Valance | |
| MATERIAL | Velvet | |
| COLOR | Silver | |
| MOUNT | Inside | |
| WIDTH | 29 1/2" | |
| HEIGHT | 4" | |
| CLEARANCE DEPTH | 2 1/2" | |
| ESTIMATED SHIP DATE | 01/08/24 | |
| NOTE TO INSTALLER | -custom valance returns for 1 3/4" mounting depth | |
| CUSTOMIZATIONS | Add Hard Valance Returns for a Mounting Depth of 1 3/4 inches | |
| PRODUCT NOTES | Our velvet is considered to be an "antique velvet" and is of the highest quality available. This fabric was chosen for its unique natural characteristics which include striations and variation in texture. This is considered the beauty of this material. If a more plain/consistent appearance is what you are looking for we would suggest another material.<br>The valance image shown is for display purposes only and may not represent the material & color you selected. | |
| INSTALLATION | Yes | |

# MAIN BEDROOM (B)



| | | |
|---|---|---|
| QUANTITY | 1 | ~~$775.00~~ \| **$581.25** |
| PRODUCT | Roller Shades | |
| MATERIAL | Hudson | |
| COLOR | Grey | |
| MOUNT | Inside | |
| WIDTH | 29 1/2" | |
| LENGTH | 20 1/2" | |
| CONTROL | Motorized | |
| POWER TYPE | Battery - Rechargeable (RA - 25mm 5VS Battery) | |
| MOTOR POSITION | Left | |
| REMOTE NAME | MB | |
| CHANNEL TYPE | 15 Channel | |
| CHANNEL(S) | 0, 2 | |
| BRACKET TYPE | Round | |
| BRACKET COLOR | Satin Nickel | |
| ROLL | Regular | |
| BOTTOM BAR | Sewn-in | |
| ESTIMATED SHIP DATE | 01/08/24 | |
| NOTE TO INSTALLER | -regular roller, motorized | |
| PRODUCT NOTES | Please note, approx. 5/8" gap will exist on each side of the shade due to the brackets. If small light seepage is a concern, you may want to consider an outside mount. | |
| INSTALLATION | Yes | |

# MAIN BEDROOM (C)



| | | |
|---|---|---|
| QUANTITY | 1 | PROMO CODE (25% OFF)<br>~~$420.00~~ \| $315.00 |
| PRODUCT | Roman Valance | |
| MATERIAL | Velvet | |
| COLOR | Silver | |
| MOUNT | Inside | |
| WIDTH | 81 1/2" | |
| HEIGHT | 4" | |
| CLEARANCE DEPTH | 2 1/2" | |
| ESTIMATED SHIP DATE | 01/08/24 | |
| NOTE TO INSTALLER | -custom valance returns for 1 3/4" mounting depth | |
| CUSTOMIZATIONS | Add Hard Valance Returns for a Mounting Depth of 1 3/4 inches | |
| PRODUCT NOTES | Our velvet is considered to be an "antique velvet" and is of the highest quality available. This fabric was chosen for its unique natural characteristics which include striations and variation in texture. This is considered the beauty of this material. If a more plain/consistent appearance is what you are looking for we would suggest another material.<br>The valance image shown is for display purposes only and may not represent the material & color you selected.<br>Due to the size of your product, there likely will be two vertical seams in the fabric to accommodate the large size. | |
| INSTALLATION | Yes | |

## MAIN BEDROOM (C)



| | | |
|---|---|---|
| | | PROMO CODE (25% OFF) |
| QUANTITY | 1 | ~~$1,260.00~~ \| **$945.00** |
| PRODUCT | Roller Shades | |
| MATERIAL | Hudson | |
| COLOR | Grey | |
| MOUNT | Inside | |
| WIDTH | 81 1/2" | |
| LENGTH | 20 1/2" | |
| CONTROL | Motorized | |
| POWER TYPE | Battery - Rechargeable (RA - 28mm 5V Battery) | |
| MOTOR POSITION | Left | |
| REMOTE NAME | MB | |
| CHANNEL TYPE | 15 Channel | |
| CHANNEL(S) | 0, 3 | |
| BRACKET TYPE | Round | |
| BRACKET COLOR | Satin Nickel | |
| ROLL | Regular | |
| BOTTOM BAR | Sewn-in | |
| ESTIMATED SHIP DATE | 01/08/24 | |
| NOTE TO INSTALLER | -regular roller, motorized | |
| PRODUCT NOTES | Please note, approx. 5/8" gap will exist on each side of the shade due to the brackets. If small light seepage is a concern, you may want to consider an outside mount. | |
| INSTALLATION | Yes | |

## MAIN BEDROOM (D)



| | | PROMO CODE (25% OFF) |
|---|---|---|
| QUANTITY | 1 | ~~$180.00~~ \| **$135.00** |
| PRODUCT | Roman Valance | |
| MATERIAL | Velvet | |
| COLOR | Silver | |
| MOUNT | Inside | |
| WIDTH | 29 1/2" | |
| HEIGHT | 4" | |
| CLEARANCE DEPTH | 2 1/2" | |
| ESTIMATED SHIP DATE | 01/08/24 | |
| NOTE TO INSTALLER | -custom valance returns for 1 3/4" mounting depth | |
| CUSTOMIZATIONS | Add Hard Valance Returns for a Mounting Depth of 1 3/4 inches | |
| PRODUCT NOTES | Our velvet is considered to be an "antique velvet" and is of the highest quality available. This fabric was chosen for its unique natural characteristics which include striations and variation in texture. This is considered the beauty of this material. If a more plain/consistent appearance is what you are looking for we would suggest another material.<br>The valance image shown is for display purposes only and may not represent the material & color you selected. | |
| INSTALLATION | Yes | |

# MAIN BEDROOM (D)



| | | PROMO CODE (25% OFF) |
|---|---|---|
| QUANTITY | 1 | ~~$775.00~~ \| **$581.25** |
| PRODUCT | Roller Shades | |
| MATERIAL | Hudson | |
| COLOR | Grey | |
| MOUNT | Inside | |
| WIDTH | 29 1/2" | |
| LENGTH | 20 1/2" | |
| CONTROL | Motorized | |
| POWER TYPE | Battery - Rechargeable (RA - 25mm 5VS Battery) | |
| MOTOR POSITION | Left | |
| REMOTE NAME | MB | |
| CHANNEL TYPE | 15 Channel | |
| CHANNEL(S) | 0, 4 | |
| BRACKET TYPE | Round | |
| BRACKET COLOR | Satin Nickel | |
| ROLL | Regular | |
| BOTTOM BAR | Sewn-in | |
| ESTIMATED SHIP DATE | 01/08/24 | |
| NOTE TO INSTALLER | -regular roller, motorized | |
| PRODUCT NOTES | Please note, approx. 5/8" gap will exist on each side of the shade due to the brackets. If small light seepage is a concern, you may want to consider an outside mount. | |
| INSTALLATION | Yes | |

## MAIN BEDROOM (E)



| | | PROMO CODE (25% OFF) |
|---|---|---|
| QUANTITY | 1 | ~~$180.00~~ \| **$135.00** |
| PRODUCT | Roman Valance | |
| MATERIAL | Velvet | |
| COLOR | Silver | |
| MOUNT | Inside | |
| WIDTH | 29 1/2" | |
| HEIGHT | 4" | |
| CLEARANCE DEPTH | 2 1/2" | |
| ESTIMATED SHIP DATE | 01/08/24 | |
| NOTE TO INSTALLER | -custom valance returns for 1 3/4" mounting depth | |
| CUSTOMIZATIONS | Add Hard Valance Returns for a Mounting Depth of 1 3/4 inches | |
| PRODUCT NOTES | Our velvet is considered to be an "antique velvet" and is of the highest quality available. This fabric was chosen for its unique natural characteristics which include striations and variation in texture. This is considered the beauty of this material. If a more plain/consistent appearance is what you are looking for we would suggest another material.<br>The valance image shown is for display purposes only and may not represent the material & color you selected. | |
| INSTALLATION | Yes | |

## MAIN BEDROOM (E)



| | | PROMO CODE (25% OFF) |
|---|---|---|
| QUANTITY | 1 | ~~$855.00~~ \| **$641.25** |
| PRODUCT | Roller Shades | |
| MATERIAL | Hudson | |
| COLOR | Grey | |
| MOUNT | Inside | |
| WIDTH | 29 1/2" | |
| LENGTH | 67 3/4" | |
| CONTROL | Motorized | |
| POWER TYPE | Battery - Rechargeable (RA - 25mm 5VS Battery) | |
| MOTOR POSITION | Left | |
| REMOTE NAME | MB | |
| CHANNEL TYPE | 15 Channel | |
| CHANNEL(S) | 0, 5 | |
| BRACKET TYPE | Round | |
| BRACKET COLOR | Satin Nickel | |
| ROLL | Regular | |
| BOTTOM BAR | Sewn-in | |
| ESTIMATED SHIP DATE | 01/08/24 | |
| NOTE TO INSTALLER | -regular roller, motorized | |
| PRODUCT NOTES | Please note, approx. 5/8" gap will exist on each side of the shade due to the brackets. If small light seepage is a concern, you may want to consider an outside mount. | |
| INSTALLATION | Yes | |

## MAIN BEDROOM (F)



| | | |
|---|---|---|
| | | PROMO CODE (25% OFF) |
| QUANTITY | 1 | ~~$360.00~~ \| **$270.00** |
| PRODUCT | Roman Valance | |
| MATERIAL | Velvet | |
| COLOR | Silver | |
| MOUNT | Inside | |
| WIDTH | 61 1/2" | |
| HEIGHT | 4" | |
| CLEARANCE DEPTH | 2 1/2" | |
| ESTIMATED SHIP DATE | 01/08/24 | |
| NOTE TO INSTALLER | -custom valance returns for 1 3/4" mounting depth | |
| CUSTOMIZATIONS | Add Hard Valance Returns for a Mounting Depth of 1 3/4 inches | |
| PRODUCT NOTES | Our velvet is considered to be an "antique velvet" and is of the highest quality available. This fabric was chosen for its unique natural characteristics which include striations and variation in texture. This is considered the beauty of this material. If a more plain/consistent appearance is what you are looking for we would suggest another material.<br>The valance image shown is for display purposes only and may not represent the material & color you selected.<br>Due to the size of your product, there likely will be two vertical seams in the fabric to accommodate the large size. | |
| INSTALLATION | Yes | |

## MAIN BEDROOM (F)



| | |
|---|---|
| QUANTITY | 1 |
| | **PROMO CODE (25% OFF)**<br>~~$1,045.00~~ \| **$783.75** |
| PRODUCT | Roller Shades |
| MATERIAL | Hudson |
| COLOR | Grey |
| MOUNT | Inside |
| WIDTH | 61 1/2" |
| LENGTH | 20 1/2" |
| CONTROL | Motorized |
| POWER TYPE | Battery - Rechargeable (RA - 28mm 5V Battery) |
| MOTOR POSITION | Left |
| REMOTE NAME | MB |
| CHANNEL TYPE | 15 Channel |
| CHANNEL(S) | 0, 6 |
| BRACKET TYPE | Round |
| BRACKET COLOR | Satin Nickel |
| ROLL | Regular |
| BOTTOM BAR | Sewn-in |
| ESTIMATED SHIP DATE | 01/08/24 |
| NOTE TO INSTALLER | -regular roller, motorized |
| PRODUCT NOTES | Please note, approx. 5/8" gap will exist on each side of the shade due to the brackets. If small light seepage is a concern, you may want to consider an outside mount. |
| INSTALLATION | Yes |

# HALL (A)



|  |  | PROMO CODE (25% OFF) |
| --- | --- | --- |
| QUANTITY | 1 | ~~$180.00~~ \| $135.00 |
| PRODUCT | Roman Valance |  |
| MATERIAL | Velvet |  |
| COLOR | Silver |  |
| MOUNT | Inside |  |
| WIDTH | 29 1/2" |  |
| HEIGHT | 4" |  |
| CLEARANCE DEPTH | 2 1/2" |  |
| ESTIMATED SHIP DATE | 01/08/24 |  |
| NOTE TO INSTALLER | -custom valance returns for 1 3/4" mounting depth |  |
| CUSTOMIZATIONS | Add Hard Valance Returns for a Mounting Depth of 1 3/4 inches |  |
| PRODUCT NOTES | Our velvet is considered to be an "antique velvet" and is of the highest quality available. This fabric was chosen for its unique natural characteristics which include striations and variation in texture. This is considered the beauty of this material. If a more plain/consistent appearance is what you are looking for we would suggest another material.<br>The valance image shown is for display purposes only and may not represent the material & color you selected. |  |
| INSTALLATION | Yes |  |

## HALL (A)



| | |
|---|---|
| QUANTITY | 1 |
| PRODUCT | Roller Shades |
| MATERIAL | Hudson |
| COLOR | Grey |
| MOUNT | Inside |
| WIDTH | 29 1/2" |
| LENGTH | 24 3/4" |
| CONTROL | Motorized |
| POWER TYPE | Battery - Rechargeable (RA - 25mm 5VS Battery) |
| MOTOR POSITION | Left |
| REMOTE NAME | MB |
| CHANNEL TYPE | 15 Channel |
| CHANNEL(S) | 0, 7 |
| BRACKET TYPE | Round |
| BRACKET COLOR | Satin Nickel |
| ROLL | Regular |
| BOTTOM BAR | Sewn-in |
| ESTIMATED SHIP DATE | 01/08/24 |
| NOTE TO INSTALLER | -regular roller, motorized |
| PRODUCT NOTES | Please note, approx. 5/8" gap will exist on each side of the shade due to the brackets. If small light seepage is a concern, you may want to consider an outside mount. |
| INSTALLATION | Yes |

**PROMO CODE (25% OFF)**
~~$775.00~~ | **$581.25**

### Billing Address



Lorton, VA 22079
USA

### Shipping Address



Lorton, VA 22079
USA

| | |
|---|---|
| Product | ~~$15,655.00~~ |
| Promo Code (25%) | -$3,913.75 |
| Shipping (Ground) | FREE |
| Product Subtotal | $11,741.25 |
| Product Tax (6.000%) | $704.53 |
| **Product Total** | **$12,445.78** |
| Installation Services | ~~$1,935.75~~ |
| Installation Discount | -$483.93 |
| Installation Subtotal | $1,451.82 |
| **Installation Total** | **$1,451.82** |
| **Your Total** | **$13,897.60** |

The Shade Store values every customer's privacy and personal information. We use a secure socket layer(SSL) that encrypts all of your information. We also do not store any credit card information for the safest transaction possible. Please select a payment method.

SIGN UP FOR EMAILS AND SAVE 15%

| Enter Email | SUBMIT |

 Monthly Financing: Buy Now, Pay Over Time. <u>Learn more</u>

   

© 2006-2024 The Shade Store, LLC. All Rights Reserved. Terms + Conditions. Site Map. Privacy Policy. Do Not Sell or Share My Personal Information.

Contact Us: 800.754.1455 | Showrooms | Email | Chat | Sign Up & Save 15%

TSS0012139