# EXHIBIT 4

THE SHADE STORE

QUOTE: 266250081

This quote has already been purchased and become order #637996130 on Jul 13, 2021.

## LIVING ROOM (L1 WA LEFT)



| | | TRADE DISCOUNT (30%) |
|---|---|---|
| QUANTITY | 1 | $520.00 \| $364.00 |
| PRODUCT | Roller Shades | |
| MATERIAL | Thompson | |
| COLOR | Grey | |
| MOUNT | Outside | |
| WIDTH | 33 1/2" | |
| LENGTH | 63 3/8" | |
| CONTROL | Continuous Loop | |
| CONTROL POSITION | Left | |
| BRACKET COLOR | White | |
| CHAIN COLOR | Silver | |
| ROLL | Regular | |
| BOTTOM BAR | Sewn-in | |
| OPTIONAL FEATURE | Upholstered Valance | |
| CUSTOMIZATIONS | Bay Window (Wall Mount) – Window 1 of 3 – (Left Angle 0 Degrees), (Right Angle 145 Degrees) | |
| ESTIMATED SHIP DATE | 07/27/21 | |

## LIVING ROOM (L2 WB CTR)



| | | TRADE DISCOUNT (30%) |
|---|---|---|
| QUANTITY | 1 | $1,225.00 \| $857.50 |
| PRODUCT | Roller Shades | |
| MATERIAL | Thompson | |
| COLOR | Grey | |
| MOUNT | Outside | |
| WIDTH | 96" | |
| LENGTH | 63 1/8" | |
| CONTROL | Continuous Loop | |
| CONTROL POSITION | Right | |
| BRACKET COLOR | White | |
| CHAIN COLOR | Silver | |
| ROLL | Regular | |
| BOTTOM BAR | Sewn-in | |
| OPTIONAL FEATURE | Upholstered Valance | |
| CUSTOMIZATIONS | Bay Window (Wall Mount) – Window 2 of 3 – (Left Angle 145 Degrees), (Right Angle 145 Degrees) | |
| ESTIMATED SHIP DATE | 07/27/21 | |

## LIVING ROOM (L3 WC RT)



| | | TRADE DISCOUNT (30%) |
|---|---|---|
| QUANTITY | 1 | $520.00 \| $364.00 |
| PRODUCT | Roller Shades | |
| MATERIAL | Thompson | |
| COLOR | Grey | |
| MOUNT | Outside | |
| WIDTH | 33 1/8" | |
| LENGTH | 63 1/2" | |
| CONTROL | Continuous Loop | |
| CONTROL POSITION | Right | |
| BRACKET COLOR | White | |
| CHAIN COLOR | Silver | |
| ROLL | Regular | |

Exhibit #
Dominick 30
12/4/2024
exhibitsticker.com

**CONFIDENTIAL**

**SMITH000001**

| | | |
|---|---|---|
| BOTTOM BAR | Sewn-in | |
| OPTIONAL FEATURE | Upholstered Valance | |
| CUSTOMIZATIONS | Bay Window (Wall Mount) – Window 3 of 3 – (Left Angle 145 Degrees), (Right Angle 0 Degrees) | |
| ESTIMATED SHIP DATE | 07/27/21 | |

## LIVING ROOM (L4 WD)



| | | TRADE DISCOUNT (30%) |
|---|---|---|
| QUANTITY | 1 | $615.00 | $430.50 |
| PRODUCT | Roller Shades | |
| MATERIAL | Thompson | |
| COLOR | Grey | |
| MOUNT | Outside | |
| WIDTH | 44 1/4" | |
| LENGTH | 63 3/8" | |
| CONTROL | Continuous Loop | |
| CONTROL POSITION | Right | |
| BRACKET COLOR | White | |
| CHAIN COLOR | Silver | |
| ROLL | Regular | |
| BOTTOM BAR | Sewn-in | |
| OPTIONAL FEATURE | Upholstered Valance | |
| ESTIMATED SHIP DATE | 07/27/21 | |

## LIVING ROOM (L5 WE)



| | | TRADE DISCOUNT (30%) |
|---|---|---|
| QUANTITY | 1 | $445.00 | $311.50 |
| PRODUCT | Roller Shades | |
| MATERIAL | Thompson | |
| COLOR | Grey | |
| MOUNT | Outside | |
| WIDTH | 26 3/8" | |
| LENGTH | 64 1/4" | |
| CONTROL | Continuous Loop | |
| CONTROL POSITION | Right | |
| BRACKET COLOR | White | |
| CHAIN COLOR | Silver | |
| ROLL | Regular | |
| BOTTOM BAR | Sewn-in | |
| OPTIONAL FEATURE | Upholstered Valance | |
| ESTIMATED SHIP DATE | 07/27/21 | |

## BEDROOM 1 (L6 WA L)



| | | TRADE DISCOUNT (30%) |
|---|---|---|
| QUANTITY | 1 | $445.00 | $311.50 |
| PRODUCT | Roller Shades | |
| MATERIAL | Hudson | |
| COLOR | Grey | |
| MOUNT | Outside | |
| WIDTH | 23 1/2" | |
| LENGTH | 72" | |
| CONTROL | Continuous Loop | |
| CONTROL POSITION | Left | |
| BRACKET COLOR | White | |
| CHAIN COLOR | Silver | |
| ROLL | Regular | |
| BOTTOM BAR | Sewn-in | |
| OPTIONAL FEATURE | Upholstered Valance | |
| ESTIMATED SHIP DATE | 07/27/21 | |

## BEDROOM 1 (L7 WB R)



| | | TRADE DISCOUNT (30%) |
|---|---|---|
| QUANTITY | 1 | $445.00 | $311.50 |
| PRODUCT | Roller Shades | |



| | |
|---|---|
| PRODUCT | Roller Shades |
| MATERIAL | Hudson |
| COLOR | Grey |
| MOUNT | Outside |
| WIDTH | 23 1/2" |
| LENGTH | 72" |
| CONTROL | Continuous Loop |
| CONTROL POSITION | Right |
| BRACKET COLOR | White |
| CHAIN COLOR | Silver |
| ROLL | Regular |
| BOTTOM BAR | Sewn-in |
| OPTIONAL FEATURE | Upholstered Valance |
| ESTIMATED SHIP DATE | 07/27/21 |

## BEDROOM 1 (L9 WD L)



| | | TRADE DISCOUNT (30%) |
|---|---|---|
| QUANTITY | 1 | $445.00 \| $311.50 |
| PRODUCT | Roller Shades | |
| MATERIAL | Hudson | |
| COLOR | Grey | |
| MOUNT | Outside | |
| WIDTH | 21 1/2" | |
| LENGTH | 72" | |
| CONTROL | Continuous Loop | |
| CONTROL POSITION | Left | |
| BRACKET COLOR | White | |
| CHAIN COLOR | Silver | |
| ROLL | Regular | |
| BOTTOM BAR | Sewn-in | |
| OPTIONAL FEATURE | Upholstered Valance | |
| ESTIMATED SHIP DATE | 07/27/21 | |

## BEDROOM 1 (L10 WE RT)



| | | TRADE DISCOUNT (30%) |
|---|---|---|
| QUANTITY | 1 | $445.00 \| $311.50 |
| PRODUCT | Roller Shades | |
| MATERIAL | Hudson | |
| COLOR | Grey | |
| MOUNT | Outside | |
| WIDTH | 21 1/2" | |
| LENGTH | 72" | |
| CONTROL | Continuous Loop | |
| CONTROL POSITION | Right | |
| BRACKET COLOR | White | |
| CHAIN COLOR | Silver | |
| ROLL | Regular | |
| BOTTOM BAR | Sewn-in | |
| OPTIONAL FEATURE | Upholstered Valance | |
| ESTIMATED SHIP DATE | 07/27/21 | |

| **Billing Address** | **Shipping Address** | | |
|---|---|---|---|
| Rob Smith | Rob Smith | Product | $5,105.00 |
|  |  | Trade Discount (30%) | -$1,531.50 |
| San Francisco, CA 94131 | San Francisco, CA 94122 | Shipping (Ground) | FREE |
| USA | USA | Product Subtotal | $3,573.50 |
| | | Product Tax (8.625%) | $308.25 |
| | | **Product Total** | $3,881.75 |

The Shade Store values every customer's privacy and personal information. We use a secure socket layer(SSL) that encrypts all of your information. We also do not store any credit card information for the safest transaction possible. Please select a payment method.

This quote has already been purchased and become order #637996130 on Jul 13, 2021.

⚠ **WARNING/ADVERTENCIA/MISE EN GARDE**


Window blind cord can STRANGLE your child. To prevent strangulation, purchase cordless products or products with inaccessible cords.

La cuerda de la persiana puede ESTRANGULAR a su niño. Para evitar el estrangulamiento, compre alternativas cuerda o productos con cuerdas inaccesibles.

Votre enfant peut S'ÉTRANGLER avec un cordon de store. Pour éviter la strangulation, achetez un produit sans cordon ou dont le cordon n'est pas accessible.

**DESIGN ASSISTANCE**
Free Design Consultation
Photo Gallery
Quick Price Quote
Photo Render Service
Shop by Room
Measure + Install
Order Free Lookbook

**SHOP BY COLLECTION**
Most Popular Window Treatments
Blackout Shades
Light Filtering Shades
Motorized Window Shades
Cordless Window Shades
Energy Efficient Shades
Best For Kids® Certified

**ABOUT US**
American Crafted Since 1946
Exclusive Partnerships
140+ Showrooms Nationwide
In The Press
Testimonials
Featured Projects
Gift of Shade

**COMPANY INFO**
Satisfaction Guarantee
Track Your Order
Child Safety Information
To The Trade
Careers
What's on Sale?
Corporate Social Responsibility

SIGN UP FOR EMAILS AND SAVE 15%

| Enter Email | SUBMIT |

 Monthly Financing: Buy Now, Pay Over Time. Learn more

Chat

NEED HELP?

© 2006-2024 The Shade Store, LLC. All Rights Reserved. Terms + Conditions. Site Map. Privacy Policy. Do Not Sell or Share My Personal Information.
Contact Us: 800.754.1455 | Showrooms | Email | Chat

**CONFIDENTIAL**

**SMITH000004**