# EXHIBIT 5

**Exhibit #**

**Dominick 26**

12/4/2024

exhibitsticker.com

THE SHADE STORE

SHOWROOMS · 800.754.1455 · CHAT · EMAIL    🔍  👤    2 🛒

SHADES     BLINDS     DRAPERY     FREE SWATCHES     FREE MEASUREMENTS

# SHOPPING CART

## HANDCRAFTED IN THE USA SINCE 1946 | SATISFACTION GUARANTEED

### PRODUCTS ( 2 )

| CONTINUE SHOPPING | SAVE TO ACCOUNT | CHECKOUT |
|---|---|---|



**FAMILY ROOM**                                                                    📋  ✏️  🗑️

| | | 15% SALE (ENDS 01/18/23) |
|---|---|---|
| QUANTITY | 1 ▾ | ~~$155.00~~ \| **$131.75** |
| PRODUCT | Square Pillows With Knife Edge | |
| MATERIAL | Heathered Linen | |
| COLOR | Grey | |
| PILLOW SIZE | 18" X 18" | |
| PILLOW INSERT | Poly Fill | |
| ESTIMATED SHIP DATE | 01/19/23 (if ordered by 01/05/23) | |

**FAMILY ROOM**                                                                    📋  ✏️  🗑️

| | | 15% SALE (ENDS 01/18/23) |
|---|---|---|
| QUANTITY | 1 ▾ | ~~$405.00~~ \| **$344.25** |
| PRODUCT | Roller Shades | |
| MATERIAL | Thompson | |
| COLOR | Snow | |
| MOUNT | Inside | |
| WIDTH | 24" | |
| LENGTH | 51" | |
| CONTROL | Continuous Loop | |
| CONTROL POSITION | Left | |
| BRACKET TYPE | Round | |
| BRACKET COLOR | Chrome | |
| CHAIN COLOR | Silver | |
| ROLL | Regular | |
| BOTTOM BAR | Sewn-in | |
| BACKORDER NOTE | Please know, Thompson in snow is currently on backorder and will arrive on approximately January 13, 2023. You can still go ahead and order your window treatment, and as soon as the fabric/color arrives, we will begin production. Sorry for any inconvenience. Samples of this material are available and can be ordered directly online. | |

## 🍃 EVERY ORDER PLANTS A TREE

The Shade Store has partnered with the Arbor Day Foundation to plant a tree in one of our national forests in the name of every person who places an order with us. We are fully committed to using eco-friendly materials from sustainable resources – and thanks to our customers – the world is a little greener.

Or as low as $48 per month for 12 months with **affirm**. Learn more

| | |
|---|---|
| Product | ~~$560.00~~ |
| Sale | -$84.00 |
| Shipping | FREE |
| Product Subtotal | $476.00 |
| Product Tax (10.250%) | $48.81 |
| **Product Total** | **$524.81** |

| CHECKOUT |
|---|

### NEED ASSISTANCE?

Have any questions about the shopping process? Call 1-800-754-1455  |  Cart # 292432797

**DESIGN ASSISTANCE**
Free Design Consultation
Photo Gallery
Quick Price Quote
Photo Render Service
Shop by Room
Measure + Install
Order Free Lookbook

**SHOP BY COLLECTION**
Most Popular Window Treatments
Blackout Shades
Light Filtering Shades
Motorized Window Shades
Cordless Window Shades
Energy Efficient Shades
Better Basics

**ABOUT US**
American Crafted Since 1946
Exclusive Partnerships
135+ Showrooms Nationwide
In The Press
Testimonials
Featured Projects
Gift of Shade

**COMPANY INFO**
Satisfaction Guarantee
Track Your Order
Child Safety Information
To The Trade
Careers
What's on Sale?
Corporate Social Responsibility

SIGN UP FOR EMAILS AND SAVE 15%

| Enter Email | SUBMIT |
|---|---|

 Monthly Financing: Buy Now, Pay Over Time. Learn more     f  📌  📷  🐦  B  h

NEED HELP?

💬 Chat with a Design Consultant

© 2006-2023 The Shade Store, LLC. All Rights Reserved. Terms + Conditions. Site Map. Privacy Policy. COVID-19. Contact Us: 800.754.1455 | Showrooms | Email | Chat

**CROWDER000004**