# EXHIBIT 6

**THE SHADE STORE**

(CHECKOUT PAGE 2 OF 2)

800.754.1455  |  SATISFACTION GUARANTEED

## FAMILY ROOM



| | | 15% SALE (ENDS 01/18/23) |
|---|---|---|
| QUANTITY | 1 | $155.00 \| **$131.75** |
| PRODUCT | Square Pillows With Knife Edge | |
| MATERIAL | Heathered Linen | |
| COLOR | Grey | |
| PILLOW SIZE | 18" X 18" | |
| PILLOW INSERT | Poly Fill | |
| ESTIMATED SHIP DATE | 01/19/23 (if ordered by 01/05/23) | |

## FAMILY ROOM



| | | 15% SALE (ENDS 01/18/23) |
|---|---|---|
| QUANTITY | 1 | $405.00 \| **$344.25** |
| PRODUCT | Roller Shades | |
| MATERIAL | Thompson | |
| COLOR | Snow | |
| MOUNT | Inside | |
| WIDTH | 24" | |
| LENGTH | 51" | |
| CONTROL | Continuous Loop | |
| CONTROL POSITION | Left | |
| BRACKET TYPE | Round | |
| BRACKET COLOR | Chrome | |
| CHAIN COLOR | Silver | |
| ROLL | Regular | |
| BOTTOM BAR | Sewn-in | |
| BACKORDER NOTE | Please know, Thompson in snow is currently on backorder and will arrive on approximately January 13, 2023. You can still go ahead and order your window treatment, and as soon as the fabric/color arrives, we will begin production. Sorry for any inconvenience. Samples of this material are available and can be ordered directly online. | |

**Billing Address**

Susan He
1109 2nd Street
Apt C
Santa Monica, CA 90403
USA
9177909538
susan@dovel.com

**Shipping Address**

Susan He
1109 2nd Street
Apt C
Santa Monica, CA 90403
USA
9177909538
susan@dovel.com

| Product | $560.00 |
|---|---|
| Sale | -$84.00 |
| Shipping | FREE |
| Product Subtotal | $476.00 |
| Product Tax (10.250%) | $48.81 |
| **Product Total** | **$524.81** |

## PAYMENT INFORMATION

The Shade Store values every customer's privacy and personal information. We use a secure socket layer(SSL) that encrypts all of your information. We also do not store any credit card information for the safest transaction possible. Please select a payment method.

○ Credit or Debit Card  VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

[ Card Number ]  [ MM / YY ]  [ Security Code ]  ⓘ

○ E-Check

○ PayPal  **PayPal**

○ Or as low as $48 per month for 12 months with **affirm**. Learn more

[ CHANGE ORDER ]  [ BACK ]  [ PLACE ORDER ]

⚠**WARNING/ADVERTENCIA/MISE EN GARDE**



Window blind cord can STRANGLE your child. To prevent strangulation, purchase cordless products or products with inaccessible cords.

La cuerda de la persiana puede ESTRANGULAR a su niño. Para evitar el estrangulamiento, compre alternativas cuerda o productos con cuerdas inaccesibles.

Votre enfant peut S'ÉTRANGLER avec un cordon de store. Pour éviter la strangulation, achetez un produit sans cordon ou dont le cordon n'est pas accessible.

💬 Chat with a Design Consultant



Exhibit #

Dominick 27

12/4/2024

CROWDER000005