# EXHIBIT 7

| Promotion Name | Discount Percent | Promotion Start Date | Promotion End Date |
|---|---|---|---|
| 10% OFF Wood & Metal Blinds | 10 | 2/15/2019 15:15 | 2/28/2019 23:59 |
| 10% OFF Sitewide Winter Sale | 10 | 3/1/2019 0:00 | 3/14/2019 23:59 |
| 10% OFF Wood & Metal Blinds | 10 | 5/15/2019 0:00 | 5/29/2019 23:59 |
| 10% OFF Cellular & Pleated Shades | 10 | 9/13/2019 0:00 | 9/26/2019 23:59 |
| 10% OFF Wood & Metal Blinds | 10 | 11/15/2019 0:00 | 12/2/2019 23:59 |
| 10% OFF Sitewide Sale | 10 | 12/3/2019 0:00 | 12/17/2019 23:59 |
| 10% OFF Drapery & Hardware | 10 | 1/3/2020 0:00 | 1/16/2020 23:59 |
| 10% OFF Roller Shades, Solar Shades & Vertical Blinds | 10 | 1/17/2020 0:00 | 1/30/2020 23:59 |
| 10% Off Roman & Woven Wood Shades | 10 | 1/31/2020 0:00 | 2/20/2020 23:59 |
| 15% OFF Sitewide Sale | 15 | 2/21/2020 0:00 | 3/17/2020 21:20 |
| 20% OFF Sitewide Sale | 20 | 3/17/2020 21:23 | 6/1/2020 23:59 |
| 15% OFF Sitewide Sale | 15 | 6/5/2020 0:00 | 9/30/2020 23:59 |
| 20% OFF Sitewide Sale | 20 | 10/1/2020 0:00 | 10/28/2020 23:59 |
| 20% OFF Sitewide Sale | 20 | 10/29/2020 0:00 | 11/11/2020 23:59 |
| 20% OFF Sitewide Sale | 20 | 11/12/2020 0:00 | 11/25/2020 23:59 |
| 20% OFF Sitewide Sale | 20 | 11/26/2020 0:00 | 12/9/2020 23:59 |
| 20% OFF Sitewide Sale | 20 | 12/10/2020 0:00 | 12/23/2020 23:59 |
| 20% OFF Sitewide Sale | 20 | 12/24/2020 0:00 | 1/6/2021 23:59 |
| 20% OFF Sitewide Sale | 20 | 1/7/2021 0:00 | 1/20/2021 23:59 |
| 20% OFF Sitewide Sale | 20 | 1/21/2021 0:00 | 2/3/2021 23:59 |
| 20% OFF Sitewide Sale | 20 | 2/4/2021 0:00 | 2/17/2021 23:59 |
| 20% OFF Sitewide Sale | 20 | 2/18/2021 0:00 | 3/3/2021 23:59 |
| 20% OFF Sitewide Sale | 20 | 3/4/2021 0:00 | 3/17/2021 23:59 |
| 20% OFF Sitewide Sale | 20 | 3/18/2021 0:00 | 3/31/2021 23:59 |
| 20% OFF Sitewide Sale | 20 | 4/1/2021 0:00 | 4/14/2021 23:59 |
| 20% OFF Sitewide Sale | 20 | 4/15/2021 0:00 | 4/28/2021 23:59 |
| 20% OFF Sitewide Sale | 20 | 4/29/2021 0:00 | 5/12/2021 23:59 |
| 20% OFF Sitewide Sale | 20 | 5/13/2021 0:00 | 5/26/2021 23:59 |
| 20% OFF Sitewide Sale | 20 | 5/27/2021 0:00 | 6/9/2021 23:59 |
| 20% OFF Sitewide Sale | 20 | 6/10/2021 0:00 | 6/23/2021 23:59 |
| 20% OFF Sitewide Sale | 20 | 6/24/2021 0:00 | 7/7/2021 23:59 |
| 20% OFF Sitewide Sale | 20 | 7/8/2021 0:00 | 7/21/2021 23:59 |
| 20% OFF Sitewide Sale | 20 | 7/22/2021 0:00 | 8/4/2021 23:59 |
| 20% OFF Sitewide Sale | 20 | 8/5/2021 0:00 | 8/18/2021 23:59 |
| 20% OFF Sitewide Sale | 20 | 8/19/2021 0:00 | 9/1/2021 23:59 |
| 20% OFF Sitewide Sale | 20 | 9/2/2021 0:00 | 9/15/2021 23:59 |
| 20% OFF Sitewide Sale | 20 | 9/16/2021 0:00 | 9/29/2021 23:59 |
| 20% OFF Sitewide Sale | 20 | 9/30/2021 0:00 | 10/13/2021 23:59 |
| 20% OFF Sitewide Sale | 20 | 10/14/2021 0:00 | 10/27/2021 23:59 |
| 20% OFF Sitewide Sale | 20 | 10/28/2021 0:00 | 11/10/2021 23:59 |
| 20% OFF Sitewide Sale | 20 | 11/11/2021 0:00 | 11/24/2021 23:59 |
| 20% OFF Sitewide Sale | 20 | 11/25/2021 0:00 | 12/8/2021 23:59 |
| 20% OFF Sitewide Sale | 20 | 12/9/2021 0:00 | 12/22/2021 23:59 |
| 20% OFF Sitewide Sale | 20 | 12/23/2021 0:00 | 1/5/2022 23:59 |
| Beechwood | 25 | 1/1/2022 14:15 | 2/28/2022 14:15 |
| 20% OFF Sitewide Sale | 20 | 1/6/2022 0:00 | 1/19/2022 23:59 |
| 20% OFF Sitewide Sale | 20 | 1/20/2022 0:00 | 2/2/2022 23:59 |
| 20% OFF Sitewide Sale | 20 | 2/3/2022 0:00 | 2/16/2022 23:59 |
| 20% OFF Sitewide Sale | 20 | 2/17/2022 0:00 | 3/2/2022 23:59 |
| 20% OFF Sitewide Sale | 20 | 3/3/2022 0:00 | 3/16/2022 23:59 |
| 20% OFF Sitewide Sale | 20 | 3/17/2022 0:00 | 3/30/2022 23:59 |

| Sale | Discount | Start | End |
|---|---|---|---|
| 20% OFF Sitewide Sale | 20 | 3/31/2022 0:00 | 4/13/2022 23:59 |
| 20% OFF Sitewide Sale | 20 | 4/14/2022 0:00 | 4/27/2022 23:59 |
| 20% OFF Sitewide Sale | 20 | 4/28/2022 0:00 | 5/11/2022 23:59 |
| 20% OFF Sitewide Sale | 20 | 5/12/2022 0:00 | 5/25/2022 23:59 |
| 20% OFF Sitewide Sale | 20 | 5/26/2022 0:00 | 6/8/2022 23:59 |
| 20% OFF Sitewide Sale | 20 | 6/9/2022 0:00 | 6/22/2022 23:59 |
| 20% OFF Sitewide Sale | 20 | 6/23/2022 0:00 | 7/6/2022 23:59 |
| 15% OFF Sitewide Sale | 15 | 7/7/2022 0:00 | 7/20/2022 23:59 |
| 15% OFF Sitewide Sale | 15 | 7/21/2022 0:00 | 8/3/2022 23:59 |
| 15% OFF Sitewide Sale | 15 | 8/4/2022 0:00 | 8/17/2022 23:59 |
| 15% OFF Sitewide Sale | 15 | 8/18/2022 0:00 | 8/31/2022 23:59 |
| 15% OFF Sitewide Sale | 15 | 9/1/2022 0:00 | 9/14/2022 23:59 |
| 15% OFF Sitewide Sale | 15 | 9/15/2022 0:00 | 9/28/2022 23:59 |
| 15% OFF Sitewide Sale | 15 | 9/29/2022 0:00 | 10/12/2022 23:59 |
| 15% OFF Sitewide Sale | 15 | 10/13/2022 0:00 | 10/26/2022 23:59 |
| 15% OFF Sitewide Sale | 15 | 10/27/2022 0:00 | 11/9/2022 23:59 |
| 15% OFF Sitewide Sale | 15 | 1/4/2023 0:00 | 1/18/2023 23:59 |
| 15% OFF Sitewide Sale | 15 | 1/18/2023 0:00 | 2/1/2023 23:59 |
| 15% OFF Sitewide Sale | 15 | 2/2/2023 0:00 | 2/15/2023 23:59 |
| 15% OFF Sitewide Sale | 15 | 2/16/2023 0:00 | 3/1/2023 23:59 |
| 20% Off Roller & Solar Shades Sale | 20 | 3/2/2023 0:00 | 3/16/2023 0:00 |
| 15% Off All Other Products Sale | 15 | 3/2/2023 0:00 | 3/15/2023 23:59 |
| 15% Off All Other Products Sale (ends 3/29) | 15 | 3/16/2023 0:00 | 3/29/2023 23:59 |
| 20% Off Roller & Solar Shades Sale (ends 3/29) | 20 | 3/16/2023 0:00 | 3/29/2023 23:59 |
| 15% OFF Sitewide Sale | 15 | 3/30/2023 0:00 | 4/12/2023 23:59 |
| 15% Off All Other Products Sale (ends 4/26) | 15 | 4/13/2023 0:00 | 4/26/2023 23:59 |
| 20% Off Roman Shades & Drapery Sale (ends 4/26) | 20 | 4/13/2023 0:00 | 4/26/2023 23:59 |
| 15% Off All Other Products Sale (ends 5/10) | 15 | 4/26/2023 0:00 | 5/10/2023 23:59 |
| 20% Off Roman Shades & Drapery Sale (ends 5/10) | 20 | 4/26/2023 0:00 | 5/10/2023 23:59 |
| 15% OFF Sitewide Sale | 15 | 5/11/2023 0:00 | 5/31/2023 23:59 |
| 15% Off All Other Products Sale (ends 6/14) | 15 | 6/1/2023 0:00 | 6/14/2023 23:59 |
| 20% Off Roller & Solar Shades Sale (ends 6/14) | 20 | 6/1/2023 0:00 | 6/14/2023 23:59 |
| 20% Off Roller & Solar Shades Sale (ends 6/28) | 20 | 6/15/2023 0:00 | 6/28/2023 23:59 |
| 15% Off All Other Products Sale (ends 6/28) | 15 | 6/15/2023 0:00 | 6/28/2023 23:59 |
| 15% OFF Sitewide Sale | 15 | 6/29/2023 0:00 | 7/19/2023 23:59 |
| 15% OFF Sitewide Sale (No Minimum) | 15 | 7/20/2023 0:00 | 8/2/2023 23:59 |
| 20% OFF Sitewide Sale ($5000 Threshold) | 20 | 7/20/2023 0:00 | 8/2/2023 23:59 |
| 15% OFF Sitewide Sale (No Minimum) | 15 | 8/3/2023 0:00 | 8/16/2023 23:59 |
| 20% OFF Sitewide Sale ($5000 Threshold) | 20 | 8/3/2023 0:00 | 8/16/2023 23:59 |
| 15% OFF Sitewide Sale | 15 | 8/17/2023 0:00 | 8/23/2023 23:59 |
| 20% Off Roller & Solar Shades Sale (ends 9/6) | 20 | 8/24/2023 0:00 | 9/6/2023 23:59 |
| 15% Off All Other Products Sale (ends 9/20) | 15 | 9/7/2023 0:00 | 9/20/2023 23:59 |
| 20% Off Roller & Solar Shades Sale (ends 9/20) | 20 | 9/7/2023 0:00 | 9/20/2023 23:59 |
| 15% OFF Sitewide Sale | 15 | 9/20/2023 0:00 | 10/4/2023 23:59 |
| 15% OFF Sitewide Sale | 15 | 10/5/2023 0:00 | 10/18/2023 23:59 |
| 15% OFF Sitewide Sale | 15 | 10/19/2023 0:00 | 11/1/2023 23:59 |
| 15% OFF Sitewide Sale | 15 | 11/2/2023 0:00 | 11/14/2023 23:59 |
| Black Friday Sale: 25% Off Sitewide | 25 | 11/15/2023 0:00 | 11/27/2023 23:59 |
| Ext: Black Friday Sale: 25% Off Sitewide | 25 | 11/28/2023 0:00 | 11/29/2023 23:59 |
| 15% OFF Sitewide Sale | 15 | 12/14/2023 0:00 | 12/20/2023 23:59 |
| 15% OFF Sitewide Sale | 15 | 12/21/2023 0:00 | 12/27/2023 23:59 |
| 20% Off Roller & Solar Shades Sale (ends 2/7) | 20 | 1/25/2024 0:00 | 2/7/2024 23:59 |

| Name | Discount | Start | End |
|---|---|---|---|
| 20% Off Roller & Solar Shades Sale (ends 2/14) | 20 | 2/8/2024 0:00 | 2/14/2024 23:59 |
| 20% OFF Sitewide \| End Of Season Event | 20 | 2/15/2024 0:00 | 3/6/2024 23:59 |
| 15% OFF Sitewide Sale | 15 | 3/7/2024 0:00 | 3/20/2024 23:59 |
| 20% Off Roller & Solar Shades Sale (ends 3/20) | 20 | 3/7/2024 0:00 | 3/20/2024 23:59 |
| 15% OFF Sitewide Sale | 15 | 3/21/2024 0:00 | 3/27/2024 23:59 |
| 20% Off Roller & Solar Shades Sale (ends 3/27) | 20 | 3/21/2024 0:00 | 3/27/2024 23:59 |
| 20% Off Roman, Drapery & Hardware Sale (ends 4/10) | 20 | 3/28/2024 0:00 | 4/10/2024 23:59 |
| 20% Off Roman, Drapery & Hardware Sale (ends 4/17) | 20 | 4/11/2024 0:00 | 4/17/2024 23:59 |
| 20% OFF Sitewide \| Renew Your View Event | 20 | 4/18/2024 0:00 | 5/8/2024 23:59 |
| 20% Off Roller & Solar Shades Sale (ends 5/22) | 20 | 5/9/2024 0:00 | 5/20/2024 23:59 |
| 25% Off Sitewide \| Summer Design Event (ends 6/12) | 25 | 5/21/2024 0:00 | 6/12/2024 23:59 |