# EXHIBIT 8

| From: | The Shade Store |
|---|---|
| Sent: | Friday, November 11, 2022 9:00 AM EST |
| To: | Will Brown |
| Subject: | The Perfect Window Treatment Pair |

View Email Online

**EXPLORE 1,300+ EXCLUSIVE MATERIALS | ORDER FREE SWATCHES**

**REQUEST FREE QUOTE | SHOWROOMS | 800.754.1455**

THE SHADE STORE

**WINDOW TREATMENTS**   **FREE SWATCHES**   **FREE MEASUREMENTS**

# DOUBLE DUTY

Rod Pocket Drapery and Roller Shades
are the perfect pairing for total privacy and
light control—without sacrificing style.

**ORDER DRAPERY SWATCH**



Exhibit #

**Dominick 32A**

12/4/2024

TSS0006135



TSS0006136



custom made simple.®

\* **Autumn Sale**: 15% Off All Orders in-showroom and online
\* Offer valid through 11/23/2022.
\* Cannot be combined with other promotions, sales or trade discounts. \* Does not apply to installation or motorized window treatments.

If you no longer wish to receive email messages from **The Shade Store**, **click here to update your preferences or unsubscribe.**

To ensure our emails reach your inbox, please add **info@theshadestore.com** to your address book.

Copyright 2022. The Shade Store. 21 Abendroth Ave, Port Chester, NY 10573. All rights reserved.

To read about our policies, **click here**.

TSS0006137