# EXHIBIT 9

| **From:** | The Shade Store |
|---|---|
| **Sent:** | Friday, November 25, 2022 9:01 AM EST |
| **To:** | Will Brown |
| **Subject:** | 15% Off In-Showroom & Online |

View Email Online

**OUR MOST POPULAR MATERIALS | ORDER FREE SWATCHES**

THE SHADE STORE

REQUEST FREE QUOTE | SHOWROOMS | 800.754.1455

WINDOW TREATMENTS   FREE SWATCHES   FREE MEASUREMENTS



Exhibit #

**Dominick 32B**

12/4/2024

TSS0006170



# AUTUMN SALE

### RECEIVE

# 15% OFF

### ALL ORDERS

**SHOP NOW**

## IN-SHOWROOM & ONLINE
Now Through December 7, 2022

TSS0006171

# FREE MEASUREMENTS

We offer full measurement & installation services nationwide. Our team of professionals will take care of everything to ensure the perfect fit. Schedule a free measurement today to get started.

**SCHEDULE FREE MEASUREMENT**



TSS0006172



* **Autumn Sale**: 15% Off All Orders in-showroom and online
* Offer valid through 12/7/2022.
* Cannot be combined with other promotions, sales or trade discounts. * Does not apply to installation or motorized window treatments.

If you no longer wish to receive email messages from **The Shade Store**, **click here to update your preferences or unsubscribe.**

To ensure our emails reach your inbox, please add **info@theshadestore.com** to your address book.

Copyright 2022. The Shade Store. 21 Abendroth Ave, Port Chester, NY 10573. All rights reserved.

To read about our policies, **click here**.

TSS0006173