# EXHIBIT 10

| | |
|---|---|
| **From:** | The Shade Store |
| **Sent:** | Friday, December 9, 2022 9:00 AM EST |
| **To:** | Will Brown |
| **Subject:** | The First Step Toward Custom Window Treatments |

View Email Online

## REQUEST A FREE MEASUREMENT TODAY

### REQUEST FREE QUOTE | SHOWROOMS | 800.754.1455

**THE SHADE STORE**

**WINDOW TREATMENTS**  **FREE SWATCHES**  **FREE MEASUREMENTS**



Exhibit #

Dominick 32C

12/4/2024

TSS0006195

# REQUEST A FREE QUOTE

Premium quality, expert service, great value. When you choose The Shade Store for your custom window treatments, we give you the best of it all. Get started today with a free quote.

**REQUEST FREE QUOTE**



TSS0006196



custom made simple.®

* **Winter Sale**: 15% Off All Orders in-showroom and online
* Offer valid through 12/21/2022.
* Cannot be combined with other promotions, sales or trade discounts. * Does not apply to installation or motorized window treatments.

If you no longer wish to receive email messages from **The Shade Store**, **click here to update your preferences or unsubscribe.**

To ensure our emails reach your inbox, please add **info@theshadestore.com** to your address book.

Copyright 2022. The Shade Store. 21 Abendroth Ave, Port Chester, NY 10573. All rights reserved.

To read about our policies, **click here**.

TSS0006197