# EXHIBIT 11

View Email Online

**EXPLORE 1,300+ EXCLUSIVE MATERIALS | ORDER FREE SWATCHES**

**REQUEST FREE QUOTE  |  SHOWROOMS  |  800.754.1455**

THE SHADE STORE

WINDOW TREATMENTS    FREE SWATCHES    FREE MEASUREMENTS



Exhibit #

Dominick 32D

12/4/2024

exhibitsticker.com

TSS0006216

# LAYERED IN CHARM

A combination of modern Solar Shades and traditional Tulip Roman Shades brings timeless balance and eye-catching appeal to the window.

**ORDER FREE SWATCHES**



TSS0006217



custom made simple.®

* **Winter Sale**: 15% Off All Orders in-showroom and online
* Offer valid through 1/4/2023.
* Cannot be combined with other promotions, sales or trade discounts. * Does not apply to installation or motorized window treatments.

If you no longer wish to receive email messages from **The Shade Store**, **click here to update your preferences or unsubscribe.**

To ensure our emails reach your inbox, please add **info@theshadestore.com** to your address book.

Copyright 2022. The Shade Store. 21 Abendroth Ave, Port Chester, NY 10573. All rights reserved.

To read about our policies, **click here**.

TSS0006218