Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Martin Brenner (Cal. Bar No. 333540)
martin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON CROWDER, JOEL LUMIAN, ROBERT SMITH, AMANDA GOLDWASSER, and MARK ELKINS, each individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE SHADE STORE, LLC, <br><br> *Defendant*. | Case No. 5:23-cv-02331-NC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> Hon. Nathanael M. Cousins |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Motion for Class Certification. Having considered the motion, the Court **GRANTS** the motion and **CERTIFIES** the following classes under FRCP 23(b)(2) and 23(b)(3):

For the UCL, FAL, CLRA, breach of contract, breach of express warranty, breach of implied warranty, quasi-contract/unjust enrichment, and intentional misrepresentation claims:

- The Class: All persons who, from May 21, 2020, until the date class notice is disseminated, purchased one or more The Shade Store Products advertised at a discount from Defendant while in the State of California.
- Trade Discount Subclass: All Class Members who received a trade discount.
- Public Discount Subclass: All Class Members who received a discount available to the general public (i.e., any discount other than a trade discount).

The following people are excluded from both classes: (1) any consumer who returned all relevant products for a refund; (2) any person who purchased the products for resale; (3) any Judge presiding over this action and the members of their family; (4) Defendant, Defendant's subsidiaries, parents, successors, predecessors, and any entity in which the Defendant or its parents have a controlling interest and their current employees, officers, and directors; (5) persons who properly execute and file a timely request for exclusion from the Class; (6) persons whose claims in this matter have been finally adjudicated on the merits or otherwise released; (7) Plaintiffs' counsel and Defendant's counsel, and their experts and consultants; and (8) the legal representatives, successors, and assigns of any such excluded persons, in their capacity as such.

The Court appoints Sharon Crowder, Joel Lumian, Robert Smith, Amanda Goldwasser, and Mark Elkins as class representatives for the Class. The Court appoints Robert Smith as representative for the Trade Discount Subclass. The Court appoints Sharon Crowder, Joel Lumian, Amanda Goldwasser, and Mark Elkins as representatives for the Public Discount Subclass. The Court appoints Simon Franzini and Martin Brenner of Dovel & Luner, LLP as class counsel.

**IT IS SO ORDERED**.


Dated:_____

_____
HON. NATHANAEL M. COUSINS
UNITED STAES MAGISTRATE JUDGE