Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Martin Brenner (Cal Bar No. 333540)
martin@dovel.com
Grace Bennett (Cal. Bar No. 345948)
grace@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorneys for Plaintiffs*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON CROWDER, JOEL LUMIAN, ROBERT SMITH, AMANDA GOLDWASSER, and MARK ELKINS individually and on behalf of all others similarly situated,<br><br>　　*Plaintiffs*,<br><br>v.<br><br>THE SHADE STORE, LLC,<br><br>　　*Defendant*. | Case No. 5:23-cv-02331-NC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE (1) PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION; (2) PLAINTIFFS' OPPOSITION TO MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' EXPERTS;**<br>**(3) DEFENDANT'S REPLY IN SUPPORT OF MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' EXPERTS; (4) CONTINUANCE OF CASE MANAGEMENT CONFERENCE;**<br>**(5) CONTINUANCE OF HEARING ON DEFENDANT'S MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' EXPERTS** |

Pursuant to Local Rule 6-2, Plaintiffs Sharon Crowder, Joel Lumian, Robert Smith, Amanda Goldwasser, and Mark Elkins ("Plaintiffs") and Defendant The Shade Store, LLC ("Defendant," and together with Plaintiffs, the "Parties"), by and through their respective counsel of record, stipulate as follows:

WHEREAS, on March 24, 2025, Plaintiffs filed their Notice of Motion and Motion for Class Certification (Dkt. 112);

WHEREAS, on March 25, 2025, the Court set the hearing on Plaintiffs' Motion for Class Certification for June 11, 2025, at 11:00 a.m. (Dkt. 114);

WHEREAS, the Court also scheduled a further Case Management Conference for June 11, 2025, at 11:00 a.m. (Dkt. 114);

WHEREAS, on April 28, 2025, Defendant filed its Opposition to Plaintiffs' Motion for Class Certification (Dkt. 121) and its Motion to Exclude the Testimony of Plaintiffs' Experts (Dkt. 120) ("Motion to Exclude"), which Defendant noticed for hearing on June 11, 2025, at 11:00 a.m.;

WHEREAS, on May 23, 2025, the Court granted the Parties' Stipulation and Proposed Order to extend the Parties' time to file (1) Plaintiffs' Reply in Support of Motion for Class Certification; (2) Plaintiffs' Opposition to Defendant's Motion to Exclude; (3) Defendant's Reply in Support of its Motion to Exclude (Dkt. 141);

WHEREAS, on May 27, 2025, the Court granted the Parties' Stipulation and Proposed Order for Continuance of (1) Case Management Conference; and (2) the hearing on Defendant's Motion to Exclude the Testimony of Plaintiffs' Experts (Dkt. 143);

WHEREAS, on June 11, 2025, the Court granted the Parties' Stipulation and Proposed Order for Extension of Time to File (1) Plaintiffs' Reply in Support of Motion for Class Certification; (2) Plaintiffs' Opposition to Motion to Exclude the Testimony of Plaintiffs' Experts; (3) Defendant's Reply in Support of Motion to Exclude the Testimony of Plaintiffs' Experts; (4) Continuance of Case Management Conference; and (5) Continuance of Hearing on Defendant's Motion to Exclude the Testimony of Plaintiffs' Experts (Dkt. 145);

WHEREAS, the existing deadlines and scheduled hearings are as follows:

- July 17, 2025 – Plaintiffs' Reply in Support of Motion for Class Certification and Plaintiffs' Opposition to Motion to Exclude;
- August 20, 2025 – Defendant's Reply in Support of its Motion to Exclude;
- September 10, at 11:00 a.m. – Hearing on Plaintiffs' Motion for Class Certification, Hearing on Defendant's Motion to Exclude, Case Management Conference;

WHEREAS, the Parties respectfully request a 30-day extension of these deadlines. The Parties request this extension because more time is needed to adequately brief Plaintiffs' Motion for Class Certification and Defendant's Motion to Exclude due to other obligations, especially including the care of Plaintiffs' counsel's newborn child. In addition, the Parties have been discussing settlement and the extension will provide the Parties time to focus on a mutually agreeable resolution to the case.

WHEREAS, this is the Parties' third request to extend or continue these deadlines;

WHEREAS, the extension will not otherwise alter the date of any event or any deadline already fixed by Court order;

THE PARTIES STIPULATE AND REQUEST as follows:

1. Plaintiffs' Reply in Support of Motion for Class Certification and Opposition to Motion to Exclude shall be filed by August 15, 2025.
2. Defendant's Reply in Support of its Motion to Exclude the Testimony of Plaintiffs' Experts shall be filed by September 19, 2025.
3. The hearing on Plaintiffs' Motion for Class Certification, hearing on Defendant's Motion to Exclude, and Case Management Conference shall be continued to October 8, 2025, at 11:00 a.m.

Dated: July 7, 2025

Respectfully submitted,

By: /s/ Martin Brenner
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Grace Bennett (Cal. Bar No. 345948)
grace@dovel.com

|   |   |
|---|---|
|   | Martin Brenner (Cal Bar No. 333540)<br>martin@dovel.com<br>DOVEL & LUNER, LLP<br>201 Santa Monica Blvd., Suite 600<br>Santa Monica, California 90401<br>Telephone: (310) 656-7066<br>Facsimile: (310) 656-7069<br><br>*Attorneys for Plaintiffs* |
| Dated: July 7, 2025 | Respectfully submitted,<br><br>By: */s/ Shlomo Fellig*<br>Steven N. Feldman (Bar No. 281405)<br>  steve.feldman@lw.com<br>355 South Grand Avenue, Suite 100<br>Los Angeles, California 90071<br>Telephone: +1.213.485.1234<br><br>Johanna Spellman (pro hac vice)<br>  johanna.spellman@lw.com<br>Kevin Jakopchek (pro hac vice)<br>  kevin.jakopchek@lw.com<br>330 N. Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>Telephone: +1.312.876.7700<br><br>Shlomo Fellig (pro hac vice)<br>  shlomo.fellig@lw.com<br>200 Clarendon Street<br>Boston, MA 02116<br>Telephone: +1.617.948.6000<br><br>*Attorneys for Defendant*<br>*The Shade Store, LLC* |

## ATTESTATION OF COMPLIANCE

In compliance with Civil Local Rule 5-1(i)(3), I attest that all other counsel on whose behalf this filing is jointly submitted have approved of and concurred in this filing.

*/s/ Martin Brenner*
Martin Brenner

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3

4  Dated:

5                                    Hon. Nathanael M. Cousins
                                  UNITED STATES MAGISTRATE JUDGE