Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Martin Brenner (Cal Bar No. 333540)
martin@dovel.com
Grace Bennett (Cal. Bar No. 345948)
grace@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorneys for Plaintiffs*

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SHARON CROWDER, JOEL LUMIAN, ROBERT SMITH, AMANDA GOLDWASSER, and MARK ELKINS individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>THE SHADE STORE, LLC,<br><br>    *Defendant*. | Case No. 5:23-cv-02331-NC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE DISMISSAL OR MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

1    Plaintiffs Sharon Crowder, Joel Lumian, Robert Smith, Amanda Goldwasser, and Mark

2  Elkins ("Plaintiffs") and Defendant The Shade Store, LLC ("Defendant," and together with Plaintiffs,

3  the "Parties"), by and through their respective counsel of record, stipulate as follows:

4    WHEREAS, on September 5, 2025, the Parties filed a Stipulation and Proposed Order to (1)

5  stay all case deadlines for 30 days, (2) file a motion for preliminary approval of class settlement or

6  dismissal paperwork within 30 days, and (3) take the hearing on Plaintiffs' Motion for Class

7  Certification and Defendant's Motion to Exclude Testimony of Plaintiffs' Experts, as well as the

8  Parties' November 5, 2025 case management conference, off calendar (Dkt. 152);

9    WHEREAS, on September 5, 2025, the Court granted the stipulation, establishing a deadline

10  of October 6, 2025 for the Parties to file dismissal paperwork or file a motion for preliminary

11  approval of the class settlement (Dkt. 153);

12    WHEREAS, the Parties have now agreed to a finalized Settlement Agreement, but have

13  encountered some minor delay in collecting signatures from all Parties;

14    WHEREAS, to allow the Parties sufficient time to fully execute the finalized Settlement

15  Agreement, the Parties respectfully request a one-week extension to the deadline to file a motion for

16  preliminary approval of class settlement or dismissal paperwork;

17    THE PARTIES THEREFORE STIPULATE AND REQUEST as follows: The Parties will

18  either file a motion for preliminary approval of the class settlement or dismissal paperwork by

19  October 14, 2025.

20

21  Dated: October 6, 2025                    Respectfully submitted,

22                                 By: */s/ Simon Franzini*
                                   Simon Franzini (Cal. Bar No. 287631)
23                                 simon@dovel.com
                                   Grace Bennett (Cal. Bar No. 345948)
24                                 grace@dovel.com
                                   Martin Brenner (Cal Bar No. 333540)
25                                 martin@dovel.com
                                   DOVEL & LUNER, LLP
26                                 201 Santa Monica Blvd., Suite 600
                                   Santa Monica, California 90401
27                                 Telephone: (310) 656-7066
                                   Facsimile: (310) 656-7069
28

1

2

*Attorneys for Plaintiffs*

3    Dated: October 6, 2025

Respectfully submitted,

4

By: */s/ Sara Castiglia*

5    Sara Castiglia (pro hac vice)
 sara.castiglia@lw.com

6    555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004

7    Telephone: +1.202.637.2200

8    Steven N. Feldman (Bar No. 281405)
 steve.feldman@lw.com

9    355 South Grand Avenue, Suite 100
Los Angeles, California 90071

10   Telephone: +1.213.485.1234

11   Johanna Spellman (pro hac vice)
 johanna.spellman@lw.com

12   Kevin Jakopchek (pro hac vice)
 kevin.jakopchek@lw.com

13   330 N. Wabash Avenue, Suite 2800
Chicago, IL 60611

14   Telephone: +1.312.876.7700

15   Shlomo Fellig (pro hac vice)
 shlomo.fellig@lw.com

16   200 Clarendon Street
Boston, MA 02116

17   Telephone: +1.617.948.6000

18   *Attorneys for Defendant*
*The Shade Store, LLC*

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF COMPLIANCE**

In compliance with Civil Local Rule 5-1(i)(3), I attest that all other counsel on whose behalf this filing is jointly submitted have approved of and concurred in this filing.

*/s/ Simon Franzini*
*Simon Franzini*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


 Dated: _____     _____
                            Hon. Nathanael M. Cousins
                            UNITED STATES MAGISTRATE JUDGE