Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Martin Brenner (Cal Bar No. 333540)
martin@dovel.com
Grace Bennett (Cal. Bar No. 345948)
grace@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorneys for Plaintiffs*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SHARON CROWDER, JOEL LUMIAN, ROBERT SMITH, AMANDA GOLDWASSER, and MARK ELKINS individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>THE SHADE STORE, LLC,<br><br>    *Defendant*. | Case No. 5:23-cv-02331-NC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DISMISSAL OR MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

Stipulation and Order

Case No. 5:23-cv-02331-NC

1    Plaintiffs Sharon Crowder, Joel Lumian, Robert Smith, Amanda Goldwasser, and Mark

2   Elkins ("Plaintiffs") and Defendant The Shade Store, LLC ("Defendant," and together with Plaintiffs,

3   the "Parties"), by and through their respective counsel of record, stipulate as follows:

4    WHEREAS, on September 5, 2025, the Parties filed a Stipulation and Proposed Order to (1)

5   stay all case deadlines for 30 days, (2) file a motion for preliminary approval of class settlement or

6   dismissal paperwork within 30 days, and (3) take the hearing on Plaintiffs' Motion for Class

7   Certification and Defendant's Motion to Exclude Testimony of Plaintiffs' Experts, as well as the

8   Parties' November 5, 2025 case management conference, off calendar (Dkt. 152);

9    WHEREAS, on September 5, 2025, the Court granted the stipulation, establishing a deadline

10  of October 6, 2025 for the Parties to file dismissal paperwork or file a motion for preliminary

11  approval of the class settlement (Dkt. 153);

12    WHEREAS, the Parties have now agreed to a finalized Settlement Agreement, but have

13  encountered some minor delay in collecting signatures from all Parties;

14    WHEREAS, to allow the Parties sufficient time to fully execute the finalized Settlement

15  Agreement, the Parties respectfully request a one-week extension to the deadline to file a motion for

16  preliminary approval of class settlement or dismissal paperwork;

17    THE PARTIES THEREFORE STIPULATE AND REQUEST as follows: The Parties will

18  either file a motion for preliminary approval of the class settlement or dismissal paperwork by

19  October 14, 2025.

20

21  Dated: October 6, 2025                         Respectfully submitted,

22                                                 By: /s/ Simon Franzini
                                                   Simon Franzini (Cal. Bar No. 287631)
23                                                 simon@dovel.com
                                                   Grace Bennett (Cal. Bar No. 345948)
24                                                 grace@dovel.com
                                                   Martin Brenner (Cal Bar No. 333540)
25                                                 martin@dovel.com
                                                   DOVEL & LUNER, LLP
26                                                 201 Santa Monica Blvd., Suite 600
                                                   Santa Monica, California 90401
27                                                 Telephone: (310) 656-7066
                                                   Facsimile: (310) 656-7069
28

1

2
                                                          *Attorneys for Plaintiffs*

3   Dated: October 6, 2025                               Respectfully submitted,

4
                                                          By: */s/ Sara Castiglia*
5                                                         Sara Castiglia (pro hac vice)
                                                           *sara.castiglia@lw.com*
6                                                         555 Eleventh Street, NW, Suite 1000
                                                          Washington, D.C. 20004
7                                                         Telephone: +1.202.637.2200

8                                                         Steven N. Feldman (Bar No. 281405)
                                                           *steve.feldman@lw.com*
9                                                         355 South Grand Avenue, Suite 100
                                                          Los Angeles, California 90071
10                                                        Telephone: +1.213.485.1234

11                                                        Johanna Spellman (pro hac vice)
                                                           *johanna.spellman@lw.com*
12                                                        Kevin Jakopchek (pro hac vice)
                                                           *kevin.jakopchek@lw.com*
13                                                        330 N. Wabash Avenue, Suite 2800
                                                          Chicago, IL 60611
14                                                        Telephone: +1.312.876.7700

15                                                        Shlomo Fellig (pro hac vice)
                                                           *shlomo.fellig@lw.com*
16                                                        200 Clarendon Street
                                                          Boston, MA 02116
17                                                        Telephone: +1.617.948.6000

18                                                        *Attorneys for Defendant*
                                                          *The Shade Store, LLC*
19

20

21

22

23

24

25

26

27

28

Stipulation and Order                    2                    Case No. 5:23-cv-02331-NC

1

2

**ATTESTATION OF COMPLIANCE**

In compliance with Civil Local Rule 5-1(i)(3), I attest that all other counsel on whose behalf this filing is jointly submitted have approved of and concurred in this filing.

3

4

_/s/ Simon Franzini_
_Simon Franzini_

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order                                  3                          Case No. 5:23-cv-02331-NC

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3

4  Dated:  October 7, 2025

5  _____
   Hon. Nathanael M. Cousins
   UNITED STATES MAGISTRATE JUDGE



6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28